B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Exhibitors Carpet Service, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>F/K/A ECS Aquisitions, LLC. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>45-5509806 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>6112 W. 73rd Street<br>Bedford Park, IL 60638    ZIP CODE 60638 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**      **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

----------------------------------------

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Exhibitors Carpet Service, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Exhibitors Carpet Service, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

 _____
 Telephone Number (If not represented by attorney)

 _____
 Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

 _____
 (Printed Name of Foreign Representative)

 _____
 Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X /s/ Barbara L. Yong
 _____
 Signature of Attorney for Debtor(s)
 Barbara L. Yong 6184000
 _____
 Printed Name of Attorney for Debtor(s)
 Golan & Christie LLP
 _____
 Firm Name
 70 W. Madison
 Suite 1500
 Chicago, IL 60602
 _____
 Address
            Email:blyong@golanchristie.com
 (312) 263-2300 Fax:(312) 263-0939
 _____
 Telephone Number
 June 25, 2013
 _____
 Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

 _____
 Address

X _____

 _____
 Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Thomas Gilmore
 _____
 Signature of Authorized Individual
 Thomas Gilmore
 _____
 Printed Name of Authorized Individual
 Member
 _____
 Title of Authorized Individual
 June 25, 2013
 _____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Exhibitors Carpet Service, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Barclay's Card<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Barclay's Card<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Credit Card<br>Thomas J. Gilmore | Unliquidated | 41,556.56 |
| C.H. Robinson<br>PO Box 9121<br>Las Vegas, NV 89118 | C.H. Robinson<br>PO Box 9121<br>Las Vegas, NV 89118 | Goods and Services | Unliquidated | 59,386.09 |
| Cabot Acquisition, LLC<br>c/o RREEF<br>875 N. Michigan Ave, 41st Floor<br>Chicago, IL 60611 | Fax: 312-266-9346<br>Cabot Acquisition, LLC<br>c/o RREEF<br>875 N. Michigan Ave, 41st Floor<br>Chicago, IL 60611 | Rent for May and June 2013<br><br>Nonresidential lease of real property at 6112 W. 73rd Street, Bedford Park, IL 60499 | Unliquidated | 62,000.00 |
| Czarnowski Exhibit Service<br>6067 Eagle Way<br>Chicago, IL 60678 | Czarnowski Exhibit Service<br>6067 Eagle Way<br>Chicago, IL 60678 | Goods and Services | Unliquidated | 67,438.08 |
| Don Stryker<br>c/o Law Office of Ed Stone<br>29 S. LaSalle Street<br>Chicago, IL 60606 | Don Stryker<br>c/o Law Office of Ed Stone<br>29 S. LaSalle Street<br>Chicago, IL 60606 | Loan 4/8/2013 | Unliquidated | 100,000.00 |
| Employco USA, Inc.<br>350 E. Ogden Avenue<br>Westmont, IL 60559 | Employco USA, Inc.<br>350 E. Ogden Avenue<br>Westmont, IL 60559 | Payroll Services | Unliquidated | 184,562.11 |
| G-3 I&D, Inc.<br>803 Sapphire Drive<br>Bolingbrook, IL 60490 | G-3 I&D, Inc.<br>803 Sapphire Drive<br>Bolingbrook, IL 60490 | Cash advances and good sold and delivered | Unliquidated | 1,759,704.00 |
| General Motors, LLC<br>400 Renaissance Center<br>Suite 2500<br>Detroit, MI 48243 | General Motors, LLC<br>400 Renaissance Center<br>Suite 2500<br>Detroit, MI 48243 | 2000 Breach of Contract claim in conjunction with Asset Purchase Agreement | Unliquidated<br>Disputed | 165,105.03 |
| Humana Dental Ins. Co.<br>PO Box 0884<br>Carol Stream, IL 60132 | Humana Dental Ins. Co.<br>PO Box 0884<br>Carol Stream, IL 60132 | Goods and Services | Unliquidated | 39,101.64 |

B4 (Official Form 4) (12/07) - Cont.

In re   Exhibitors Carpet Service, LLC                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62794-9035<br>217-524-0526 | Retailers Occupation Tax | Unliquidated | 47,122.40 |
| Law Office of Ed Stone<br>c/o Edward Stone<br>29 S. LaSalle Street<br>Chicago, IL 60603 | Law Office of Ed Stone<br>c/o Edward Stone<br>29 S. LaSalle Street<br>Chicago, IL 60603 | Loan 1/12/2013 | Unliquidated | 50,000.00 |
| Law Offices of Donald M. Leibsker<br>29 S. LaSalle Street, Suite 415<br>Chicago, IL 60603 | Law Offices of Donald M. Leibsker<br>29 S. LaSalle Street, Suite 415<br>Chicago, IL 60603 | Attorney's Fees | Unliquidated<br>Disputed | 70,000.00 |
| Marion Glicksberg<br>1745 Lily Court<br>Highland Park, IL 60035 | Marion Glicksberg<br>1745 Lily Court<br>Highland Park, IL 60035 | Loan (4/25/2013) | Unliquidated | 100,000.00 |
| Norman Glicksberg<br>Declaration Trust<br>c/o Martay & Martay<br>134 N. LaSalle Street, 9th Floor<br>Chicago, IL 60602 | Norman Glicksberg Declaration Trust<br>c/o Martay & Martay<br>134 N. LaSalle Street, 9th Floor<br>Chicago, IL 60602 | Assumed liability in conjunction with asset purchase agreement | Unliquidated | 1,000,000.00 |
| Norman Glicksberg<br>Declaration Trust<br>c/o Martay & Martay<br>134 N. LaSalle Street, 9th Floor<br>Chicago, IL 60602 | c/o Martay & Martay<br>Norman Glicksberg Declaration Trust<br>134 N. LaSalle Street, 9th Floor<br>Chicago, IL 60602 | Promissory note in conjunction with asset purchase agreement | Unliquidated<br>Disputed | 150,000.00 |
| RREEF America REIT II<br>Corp VV<br>36J57002-Chicago Southwest 2<br>Addison, TX 75001 | RREEF America REIT II<br>Corp VV<br>36J57002-Chicago Southwest 2<br>Addison, TX 75001 | Goods and Services | Unliquidated | 76,883.48 |
| Sidney Rosenberg<br>600 Calais Circle<br>Highland Park, IL 60035 | Sidney Rosenberg<br>600 Calais Circle<br>Highland Park, IL 60035 | Loan (3/5/2013) | Unliquidated | 50,000.00 |
| Sparks Exhibits<br>2828 Charter Road<br>Philadelphia, PA 19154 | John Kalata<br>Sparks Exhibits<br>2828 Charter Road<br>Philadelphia, PA 19154<br>215-671-8278 | Goods and Services | Unliquidated | 36,551.49 |
| State of Nevada<br>Dept of Taxation<br>500 E. Third Street<br>Las Vegas, NV 89173 | State of Nevada<br>Dept of Taxation<br>500 E. Third Street<br>Las Vegas, NV 89173 | Sales Tax | Unliquidated | 56,345.73 |
| Thomas J. Gilmore<br>7722 Baker Court<br>Darien, IL 60561 | Thomas J. Gilmore<br>7722 Baker Court<br>Darien, IL 60561 | Credit Card advances | Unliquidated | 83,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re ___Exhibitors Carpet Service, LLC___                Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___June 28, 2013___            Signature ___/s/ Thomas Gilmore___
                                              Thomas Gilmore
                                              Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Exhibitors Carpet Service, LLC**                  ,     Case No. _____

                                      Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 529,333.77 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 836,851.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 190,975.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 4,732,565.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 529,333.77 | | |
| Total Liabilities | | | | 5,760,392.63 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Exhibitors Carpet Service, LLC**                    ,   Case No. _____

                                          Debtor

                                                       Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Exhibitors Carpet Service, LLC**                                          ,                    Case No. _____
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Exhibitors Carpet Service, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank** **Checking Account** | - | 14,509.68 |
| | | **First Midwest** **Checking Account** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Patrick Center - Las Vegas Office** **2 months rent security deposit** | - | 7,791.09 |
| | | **Commonwealth Edison Utility Deposit** | - | 2,670.00 |
| | | **NICOR** | - | 2,136.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                27,106.77
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **More than 90 days $57,469 (5%)**<br>**Less than 90 days $149,317 (90%)** | **-** | 137,258.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                137,258.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Exhibitors Carpet Service, LLC**                                      ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark: Exhibitors Carpet Service** | - | **1,500.00** |
| | | **Trademark: ECS** | - | **1,500.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation Value** | - | **6,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Liquidation Value** | - | **18,525.00** |
| 30. Inventory. | | **Liquidation Value** | - | **337,444.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 364,969.00 |
| (Total of this page) | |
| Total > | 529,333.77 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Exhibitors Carpet Service, LLC**                                          Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.

**First Midwest Bank
c/o Dave Clark, Vice President
One Pierce Plaza, Suite 1500
Itasca, IL 60143** | X | - | | | **Assumed secured liability in conjunction with asset purchase agreement**

Value $            516,736.68 | | | X | 836,851.00 | 0.00 |
| Account No.


Value $ | | | | | | | | | | |
| Account No.


Value $ | | | | | | | | | | |
| Account No.


Value $ | | | | | | | | | | |

**0** continuation sheets attached

|  | Subtotal (Total of this page) | 836,851.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 836,851.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Exhibitors Carpet Service, LLC**                                  ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**4**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Exhibitors Carpet Service, LLC**                                    , Case No. _____

                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| Alison H. Invie 830 71st Street Darien, IL 60561 | - | | | | | X | | 1,800.00 | 0.00 | 1,800.00 |
| Account No. | | | | Wages | | | | | | |
| Joan M. Bertucci 11732 Blackburn Drive Orland Park, IL 60467 | - | | | | | X | | 3,538.40 | 0.00 | 3,538.40 |
| Account No. | | | | Wages | | | | | | |
| John Chruscinski 10824 S. Rutherford Ave Worth, IL 60482 | - | | | | | X | | 1,200.00 | 0.00 | 1,200.00 |
| Account No. | | | | Wages | | | | | | |
| John J. Gilmore, Jr. 10363 S. Broadmoor Drive Palos Hills, IL 60465 | - | | | | | X | | 3,080.00 | 0.00 | 3,080.00 |
| Account No. | | | | Wages | | | | | | |
| John R. Levey 1808 Valley Parkway East Joliet, IL 60433 | - | | | | | X | | 2,307.69 | 0.00 | 2,307.69 |

Sheet __1__ of __4__ continuation sheets attached to                Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    11,926.09    11,926.09

B6E (Official Form 6E) (4/13) - Cont.

In re **Exhibitors Carpet Service, LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| Marion Glicksberg 1745 Lily Court Highland Park, IL 60035 | - | | | | | X | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Wages | | | | | | |
| Mary K. Stroth 1014 Circle Avenue Forest Park, IL 60130 | - | | | | | X | | 2,076.80 | 0.00 | 2,076.80 |
| Account No. | | | | Wages | | | | | | |
| Robert E. Ryley 24808 Emerald Avenue Plainfield, IL 60585 | - | | | | | X | | 10,019.20 | 0.00 | 10,019.20 |
| Account No. | | | | Wages | | | | | | |
| Terry J. Bard 730 Harbour Drive Naples, FL 34103 | - | | | | | X | | 3,520.00 | 0.00 | 3,520.00 |
| Account No. | | | | Wages | | | | | | |
| Vincent J. Adamo 11345 Laura Lane Frankfort, IL 60423 | - | | | | | X | | 3,538.40 | 0.00 | 3,538.40 |

Sheet  2  of  4  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 19,654.40 | | 19,654.40 |

In re    **Exhibitors Carpet Service, LLC**                                          ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Rental Tax | | | | | |
| City of Chicago Department of Finance 22149 Network Plsvr Chicago, IL 60673 | - | | | | | | X | X | 26,883.53 | 0.00 / 26,883.53 |
| Account No. | | | | | See above | | | | | |
| City of Chicago c/o Corporation Counsel 121 N. LaSalle St, Suite 600 Chicago, IL 60602 | - | | | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | Retailers Occupation Tax | | | | | |
| Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62794-9035 | - | | | | | | X | | 47,122.40 | 0.00 / 47,122.40 |
| Account No. | | | | | Vehicle licensing | | | | | |
| Secretary of State 3701 Winchester Road Springfield, IL 62707 | - | | | | | | X | | 1,627.00 | 0.00 / 1,627.00 |
| Account No. | | | | | Sales Tax | | | | | |
| SS Board of Equalization PO Box 942879 Sacramento, CA 94279 | - | | | | | | X | | 7,241.65 | 0.00 / 7,241.65 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 82,874.58 | | 82,874.58 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Exhibitors Carpet Service, LLC** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales Tax | | | | | | |
| **State of Florida Dept. of Revenue 5050 W. Tennessee St Tallahassee, FL 32399** | - | | | | X | | 18,060.17 | 0.00 | 18,060.17 |
| Account No. | | | Sales Tax | | | | | | |
| **State of Nevada Dept of Taxation 500 E. Third Street Las Vegas, NV 89173** | - | | | | X | | 56,345.73 | 0.00 | 56,345.73 |
| Account No. | | | Sales Tax | | | | | | |
| **Wisconsin Dept. of Revenue P.O. Box 930208 Milwaukee, WI 53293-0931** | - | | | | X | | 2,114.88 | 0.00 | 2,114.88 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 76,520.78 | 0.00 76,520.78 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 190,975.85 | 0.00 190,975.85 |

B6F (Official Form 6F) (12/07)

In re    **Exhibitors Carpet Service, LLC**                                                ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Goods and Services | | X | | |
| A Storage On Wheels, Inc. 5085 Cecile Avenue Las Vegas, NV 89115 | | | | | | | | | 1,081.00 |
| Account No. 94-1648752 | | - | | | Goods and Services | | X | | |
| Accountemps 12400 Collections Center Dr. Chicago, IL 60693 | | | | | | | | | 2,274.48 |
| Account No. | | - | | | Goods and Services | | X | | |
| Ace Electrical Services, LLC PO Box 1015 Kaysville, UT 84037 | | | | | | | | | 1,836.96 |
| Account No. | | - | | | Utilites | | X | | |
| Active Telephone & Data PO Box 895 Mount Prospect, IL 60056 | | | | | | | | | 1,340.00 |

__41__  continuation sheets attached

Subtotal
(Total of this page)     **6,532.44**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                S/N:24966-130531    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Exhibitors Carpet Service, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| Airways Freight PO Box 1888 Fayetteville, AR 72702 | - | | | | X | | 3,750.00 |
| Account No. | | | Goods and Services | | | | |
| Alarmco 2007 Las Vegas Blvd Las Vegas, NV 89104 | - | | | | X | | 219.75 |
| Account No. | | | Customer Deposits | | | | |
| Angler's Resources c/o Jim Ising 400 E. Section Avenue Foley, AL 36535 | - | | | | X | | 491.87 |
| Account No. | | | Customer Deposits | | | | |
| Angler's Select 311 Mechanics Street Boonton, NJ 07005 | - | | | | X | | 737.80 |
| Account No. | | | Goods and Services | | | | |
| Appleone Employment Services Accounts Receivable PO Box 29048 Glendale, CA 91209 | - | | | | X | | 743.80 |

Sheet no. __1___ of __41___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,943.22**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer Deposits** | | | | |
| **Architectural Impressions c/o Laurie Krchmery 7055 W. Oakland Street Chandler, AZ 85226** | - | | | | X | | 426.08 |
| Account No. | | | **Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global** | | | | |
| **AT&T - 5019 PO Box 5019 Carol Stream, IL 60197** | - | | | | X | | 1,584.55 |
| Account No. | | | **Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global** | | | | |
| **AT&T - 5080 PO Box 5080 Carol Stream, IL 60197** | - | | | | X | | 224.85 |
| Account No. | | | **Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global** | | | | |
| **AT&T Capital Services, Inc. 13160 Collections Center Drive Chicago, IL 60693** | - | | | | X | | 2,487.97 |
| Account No. | | | **Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global** | | | | |
| **AT&T Global Services, Inc. PO Box 8102 Aurora, IL 60507** | - | | | | X | | 609.45 |

Sheet no. __2___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,332.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global | | | | |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197 | - | | | | | | X | | |
| | | | | | | | | | 2,558.43 |
| Account No. | | | | | Goods and Services | | | | |
| Atlas First Access 5050 River Road Schiller Park, IL 60176 | - | | | | | | X | | |
| | | | | | | | | | 732.50 |
| Account No. 5466 3884 1441 7910 | | | | | Credit Card Thomas J. Gilmore | | | | |
| Barclay's Card Card Services PO Box 13337 Philadelphia, PA 19101-3337 | - | | | | | | X | | |
| | | | | | | | | | 41,556.56 |
| Account No. | | | | | Customer Deposits | | | | |
| Battleground Cigar c/o Michael Tarnowicz 337 Hazard Ave. Enfield, CT 06082 | - | | | | | | X | | |
| | | | | | | | | | 756.00 |
| Account No. | | | | | Customer Deposits | | | | |
| Betts Tackle, Ltd. c/o Wendell Howerton 1701 West Acadamy St, PO Box 57 Fuquay Varina, NC 27526 | - | | | | | | X | | |
| | | | | | | | | | 425.65 |

Sheet no. __3__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,029.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| **Big D** **3950 W. Diablo Drive #81** **Las Vegas, NV 89118** | - | | | | | X | | 1,683.60 |
| Account No. | | | | Expense reimbursement | | | | |
| **Billy Pack** **6141 S. Major** **Chicago, IL 60638** | - | | | | | X | | 67.86 |
| Account No. | | | | Customer Deposits | | | | |
| **Blue Line Studios** **c/o Joey Cashnab** **2548 W. Desert Inn Road** **Las Vegas, NV 89109** | - | | | | | X | | 2,700.00 |
| Account No. | | | | Goods and Services | | | | |
| **Braun's Express, Inc.** **10 Tandem Way** **Hopedale, MA 07147** | - | | | | | X | | 761.40 |
| Account No. | | | | Customer Deposits | | | | |
| **Brittanica Digital Learning** **c/o Wendy Pikering** **331 N. LaSalle Street** **Chicago, IL 60654** | - | | | | | X | | 659.87 |

Sheet no. __4__ of __41__ sheets attached to Schedule of                          Subtotal            | 5,872.73
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Exhibitors Carpet Service, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Goods and Services | | | | |
| Bron Tape 5450 Desert Point Drive Las Vegas, NV 89118 | - | | | | | | X | | |
| | | | | | | | | | 2,768.68 |
| Account No. | | | | | Customer Deposits | | | | |
| BRS - Sea Striker c/o Cathy Green P.O. Box 459 Morehead City, NC 28557 | - | | | | | | X | | |
| | | | | | | | | | 1,432.62 |
| Account No. | | | | | Customer Deposits | | | | |
| BRS - Star Fishing Tackle c/o Emily Bedsworth P.O. Box 459 Morehead City, NC 28557 | - | | | | | | X | | |
| | | | | | | | | | 955.08 |
| Account No. | | | | | Customer Deposits | | | | |
| Byerrum, Inc. c/o Kaete Miller 802 Jensen Place Placentia, CA 92870 | - | | | | | | X | | |
| | | | | | | | | | 1,576.80 |
| Account No. | | | | | Goods and Services | | | | |
| C.H. Robinson PO Box 9121 Las Vegas, NV 89118 | - | | | | | | X | | |
| | | | | | | | | | 59,386.09 |

Sheet no. __5__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,119.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent for May and June 2013 | | | | |
| Cabot Acquisition, LLC c/o RREEF 875 N. Michigan Ave, 41st Floor Chicago, IL 60611 | - | | Nonresidential lease of real property at 6112 W. 73rd Street, Bedford Park, IL 60499 | | X | | 62,000.00 |
| Account No. | | | Goods and Services | | | | |
| Carpet Cushions 24193 Network Place Chicago, IL 60673 | - | | | | X | | 6,228.18 |
| Account No. | | | Customer Deposits | | | | |
| Carpets of Highwood c/o Neil Glicksberg 4300 W. Montrose Chicago, IL 60641 | - | | | | X | | 30,000.00 |
| Account No. | | | Goods and Services | | | | |
| Century Trade Show Services 550 Kennesaw Avenue S.W. Suite 900 Marietta, GA 30060 | - | | | | X | | 26,061.82 |
| Account No. | | | Goods and Services | | | | |
| CenturyLink PO Box 29040 Phoenix, AZ 85062 | - | | | | X | | 1,123.68 |

Sheet no. __6__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,413.68

B6F (Official Form 6F) (12/07) - Cont.

In re __Exhibitors Carpet Service, LLC__ ,      Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **310159970** | | | | **Goods and Services** | | | | |
| CenturyLink PO Box 2961 Phoenix, AZ 85062 | - | | | | | X | | 459.24 |
| Account No. | | | | **Goods and Services** | | | | |
| CEP Exhibits, Inc. 755 Remington Blvd Bolingbrook, IL 60440 | - | | | | | X | | 607.95 |
| Account No. | | | | **Goods and Services** | | | | |
| CFO Pros, Inc. 233 S. Wacker Drive 84th Floor Chicago, IL 60606 | - | | | | | X | | 18,800.00 |
| Account No. | | | | **Goods and Services** | | | | |
| CFS Services, Inc. PO Box 415565 Boston, MA 02241 | - | | | | | X | | 15,250.00 |
| Account No. **5582  5086 3893 6747** | | | | **Credit Card** Thomas J. Gilmore | | | | |
| Chase INK Chase Card Services PO Box 15298 Wilmington, DE 19850 | - | | | | | X | | 16,683.01 |

Sheet no. __7__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            51,800.20

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Customer Deposits | | | | |
| Cigar Boss c/o Megan Westmore 1906 Harbor City Melbourne, FL 32901 | | | | | X | | 212.83 |
| Account No. | | - | Goods and Services | | | | |
| Cintas P.O. Box 636525 Cincinnati, OH 45263 | | | | | X | | 917.47 |
| Account No. 5466 1602 8713 3720 | | | Credit Card Thomas J. Gilmore | | | | |
| CitiBank P.O. Box 183071 Columbus, OH 43218-3071 | | | | | X | | 16,105.61 |
| Account No. 5424 1812 3718 9464 | | - | Credit Card Thomas J. Gilmore | | | | |
| CitiBank P.O. Box 183071 Columbus, OH 43218-3071 | | | | | X | | 4,773.03 |
| Account No. | | - | Goods and Services | | | | |
| City of St. George Business License Renewal 175 East 200 North Saint George, UT 84770 | | | | | X | | 50.00 |

Sheet no. __8__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        22,058.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Exhibitors Carpet Service, LLC**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Clark County Treasurer** **500 S. Grand Central Parkway 2nd Fl** **PO Box 551401** **Las Vegas, NV 89155** | - | | | | X | | 150.00 |
| Account No. | | | Goods and Services | | | | |
| **Classic Business Concepts, LLC** **15 Skyline Circle** **Sedona, AZ 86351** | - | | | | X | | 98.00 |
| Account No. | | | Customer Deposits | | | | |
| **Coast Pet Distributors** **c/o Lindsay Geller** **6351 Yarrow Drive, Suite G** **Carlsbad, CA 92011** | - | | | | X | | 408.90 |
| Account No. | | | Utilities | | | | |
| **Commonwealth Edison** **PO Box 6111** **Carol Stream, IL 60197** | - | | | | X | | 1,372.21 |
| Account No. | | | Customer Deposits | | | | |
| **Compromise Technologies** **c/o Kirsten Boehm** **P.O. Box 425** **Navesink, NJ 07752** | - | | | | X | | 868.33 |

Sheet no. __9__ of __41__ sheets attached to Schedule of       Subtotal       2,897.44
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                   ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Corporate Events New England**<br>**27 Otis Street**<br>**Suite 200**<br>**Westborough, MA 01581** | - | | | | X | | 100.00 |
| Account No. | | | Goods and Services | | | | |
| **CSI Worldwide**<br>**40 Regency Plaza**<br>**Glen Mills, PA 19342** | - | | | | X | | 19,660.79 |
| Account No. | | | Goods and Services | | | | |
| **Czarnowski Exhibit Service**<br>**6067 Eagle Way**<br>**Chicago, IL 60678** | - | | | | X | | 67,438.08 |
| Account No. | | | Goods and Services | | | | |
| **Desert Green Landscape**<br>**4205 Tompkins Ave**<br>**Las Vegas, NV 89142** | - | | | | X | | 1,750.00 |
| Account No. | | | Goods and Services | | | | |
| **DEX**<br>**PO Box 9001401**<br>**Louisville, KY 40290** | - | | | | X | | 369.06 |

Sheet no. __10__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,317.93

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DHM Ingredients, Inc.**<br>**c/o Christopher Long**<br>**1228 American Way**<br>**Libertyville, IL 60048** | - | | **Customer Deposits** | | X | | 669.24 |
| Account No. **5528 4100 3233 1830**<br><br>**Diners Club**<br>**PO Box 6012**<br>**Carol Stream, IL 60197** | - | | **Credit Card**<br>**Thomas J. Gilmore** | | X | | 7,218.96 |
| Account No.<br><br>**Display Arts Worldwide**<br>**c/o Tracy Inglis**<br>**7934 Main Street**<br>**Minneapolis, MN 55432** | - | | **Customer Deposits** | | X | | 1,308.01 |
| Account No.<br><br>**Display Arts Worldwide**<br>**c/o Tracy Inglis**<br>**7934 Main Street**<br>**Minneapolis, MN 55432** | - | | **Customer Deposits** | | X | | 962.09 |
| Account No.<br><br>**DisplayCraft**<br>**3355 S. Washington Stree**<br>**Chicago, IL 60622** | - | | **Goods and Services** | | X | | 3,424.33 |

Sheet no. __11__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,582.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Dixie Power** **71 E HWY 56** **Beryl, UT 84714** | - | | | | X | | 434.82 |
| Account No. | | | Goods and Services | | | | |
| **Dixie Waste Services** **PO Box 310278** **Saint George, UT 84791** | - | | | | X | | 297.12 |
| Account No. | | | Customer Deposits | | | | |
| **DMH Ingredients, Inc.** **c/o Christopher Long** **1228 American Way** **Libertyville, IL 60048** | - | | | | X | | 669.24 |
| Account No. | | | Goods and Services | | | | |
| **Domestic Linen** **4131 N Ravenswood** **Chicago, IL 60613** | - | | | | X | | 5,708.40 |
| Account No. | | | Loan 4/8/2013 | | | | |
| **Don Stryker** **c/o Law Office of Ed Stone** **29 S. LaSalle Street** **Chicago, IL 60606** | - | | | | X | | 100,000.00 |

Sheet no. __12__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,109.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Customer Deposits | | | | |
| E&E Exhibit Solutions c/o Natalie Schwarts 1365 W. Auto Drive Tempe, AZ 85284 | - | | | | X | | 959.93 |
| Account No. | | | Goods and Services | | | | |
| Ellars, Inc. PO Box 44772 Hesperia, CA 92340 | - | | | | X | | 6,475.00 |
| Account No. | | | Payroll Services | | | | |
| Employco USA, Inc. 350 E. Ogden Avenue Westmont, IL 60559 | - | | | | X | | 184,562.11 |
| Account No. | | | Goods and Services | | | | |
| Environmental Industries PO Box 6562 Lutherville Timonium, MD 21094 | - | | | | X | | 579.55 |
| Account No. | | | Customer Deposits | | | | |
| ERC Plastic Scrap Recovery, LLC 33289 N. 1500 Avenue Spring Valley, IL 61362 | - | | | | X | | 1,000.00 |

Sheet no. __13__ of __41__ sheets attached to Schedule of                    Subtotal                     193,576.59
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Erie Brush & Manufacturing** **860 Fletcher Street** **Chicago, IL 60657** | - | | | | X | | 75.00 |
| Account No. | | | Goods and Services | | | | |
| **Exhibit City News** **1675 E. Desert Inn Road** **Las Vegas, NV 89169** | - | | | | X | | 3,450.00 |
| Account No. | | | Contribution claim from assume debt to First Midwest Bank | | | | |
| **Exhibitors Carpet Service Co. West** **c/o Norman Glicksberg Declaration** **134 N. LaSalle Street, 9th Floor** **Chicago, IL 60602** | - | | | | X | X | 1.00 |
| Account No. | | | Contribution claim from assumed debt to First Midwest Bank | | | | |
| **Exhibitors Carpet Service, Inc** **c/o Edward H. Stone, R.A** **29 S LaSalle, Suite 415** **Chicago, IL 60603** | - | | | | X | X | 1.00 |
| Account No. | | | Goods and Services | | | | |
| **Extended Business Services** **1240 Win Drive** **Bethlehem, PA 18017** | - | | | | X | | 7,800.00 |

Sheet no. __14__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,327.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Services | | | | |
| **Facility Solutions Group** **PO Box 952143** **Dallas, TX 75395** | - | | | | | X | | 5,389.78 |
| Account No. | | | | Goods and Services | | | | |
| **Federal Express Corporation** **PO Box 94515** **Palatine, IL 60094** | - | | | | | X | | 10,131.90 |
| Account No. | | | | Goods and Services | | | | |
| **FedEx** **P.O. Box 10360** **Palatine, IL 60094-4515** | - | | | | | X | | 1,650.21 |
| Account No. | | | | Customer Deposits | | | | |
| **Flavor Consultants, Inc.** **c/o Meghan Bedor** **2677 W. Cheyenne Ave** **North Las Vegas, NV 89032** | - | | | | | X | | 412.40 |
| Account No. | | | | Customer Deposits | | | | |
| **Flying Fisherman** **c/o Linda Sheldon** **P.O. Box 545** **Islamorada, FL 33036** | - | | | | | X | | 717.26 |

Sheet no. __15__ of __41__ sheets attached to Schedule of                          Subtotal                        | 18,301.55
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC**                                  ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>FreightQuote.com<br>16025 W. 113th Street<br>Lenexa, KS 66219 | - | | Goods and Services | | X | | 309.80 |
| Account No.<br><br>Future Media<br>PO 1207<br>Tinley Park, IL 60477 | - | | Goods and Services | | X | | 360.00 |
| Account No.<br><br>G-3 I&D, Inc.<br>803 Sapphire Drive<br>Bolingbrook, IL 60490 | - | | Cash advances and good sold and delivered | | X | | 1,759,704.00 |
| Account No.<br><br>Galson Laboratories<br>c/o Garry Grammon<br>959 Majesty Circle<br>Sandy, UT 84094 | - | | Customer Deposits | | X | | 163.13 |
| Account No.<br><br>Garmin USA<br>c/o David Knipp<br>1200 E. 151 Street<br>Olathe, KS 66062 | - | | Customer Deposits | | X | | 454.02 |

Sheet no. __16__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,760,990.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2000 Breach of Contract claim in conjunction with Asset Purchase Agreement | | | | |
| General Motors, LLC 400 Renaissance Center Suite 2500 Detroit, MI 48243 | X | - | | | X | X | 165,105.03 |
| Account No. | | | See above | | | | |
| General Motors, LLC c/o Kopka, Pinkus, & Dolin, P.C. 200 N. LaSalle St, Suite 2850 Chicago, IL 60601 | | - | | | X | X | 0.00 |
| Account No. | | | Goods and Services | | | | |
| GES Bank of America PO Box 96174 Chicago, IL 60693 | | - | | X | | | 7,183.82 |
| Account No. | | | Contribution claim from assumed debt to First Midwest Bank | | | | |
| Glicksberg Limited Partnership I c/o Edward H. Stone 29 S. LaSalle Street, Suite 415 Chicago, IL 60602 | | - | | | X | X | 1.00 |
| Account No. | | | Contribution claim from assumed debt to First Midwest Bank | | | | |
| Glicksberg Limited Partnership II c/o Edward H. Stone 29 S. LaSalle Street, Suite 415 Chicago, IL 60602 | | - | | | X | X | 1.00 |

Sheet no. __17__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               172,290.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service | | | | |
| GM Disbursement Services 2900 S. Diablo Way Tempe, AZ 85282 | - | | | | | X | | 34,832.32 |
| Account No. | | | | Goods and Services | | | | |
| Grainger Dept 801711029 Palatine, IL 60038-0001 | - | | | | | X | | 232.40 |
| Account No. | | | | Goods and Services | | | | |
| Homak MFG Co. 1605  Old Route 18 Suite 4-36 Wampum, PA 16157 | - | | | | | X | | 2,205.24 |
| Account No. | | | | Goods and Services | | | | |
| Humana Dental Ins. Co. PO Box 0884 Carol Stream, IL 60132 | - | | | | | X | | 39,101.64 |
| Account No. | | | | Goods and Services | | | | |
| Industrial Events 5908 Hampton Street Pittsburgh, PA 15206 | - | | | | | X | | 583.74 |

Sheet no. __18__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,955.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Customer Deposits | | | | |
| Industrial Timber & Lumber c/o Brian Kuentz 23925 Commerce Park Road Beachwood, OH 44122 | - | | | | | X | | 848.60 |
| Account No. | | | | Goods and Services | | | | |
| Innovative Business Systems 8517 Excelsior Drive Suite 102 Madison, WI 53717 | - | | | | | X | | 3,802.13 |
| Account No. | | | | Goods and Services | | | | |
| Iowa Mold Tooling 500 HWY 18 West Garner, IA 50438 | - | | | | | X | | 2,250.00 |
| Account No. | | | | Goods and Services | | | | |
| IPS Balers MFG, Inc. PO Box 370 Baxley, GA 31515 | - | | | | | X | | 452.60 |
| Account No. | | | | Goods and Services | | | | |
| J & J Motor Service 2338 S. Indiana Ave Chicago, IL 60616 | - | | | | | X | | 550.00 |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,903.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| J.J. Keller PO Box 548 Neenah, WI 54957 | - | | | | X | | 835.49 |
| Account No. | | | Goods and Services | | | | |
| Jon-Don 37302 Eagle Way Chicago, IL 60678 | - | | | | X | | 1,104.44 |
| Account No. | | | Goods and Services | | | | |
| Jorge Sedin Perez Molina 11836 Chadron Pacoima, CA 91331 | - | | | | X | | 1,700.00 |
| Account No. | | | Goods and Services | | | | |
| Jose De Jesus Munoz 5054 Lavergne Chicago, IL 60638 | - | | | | X | | 420.45 |
| Account No. | | | Goods and Services | | | | |
| Kamman Machine 330 West State St. Suite 220 Geneva, IL 60134 | - | | | | X | | 440.00 |

Sheet no. __20__ of __41__ sheets attached to Schedule of          Subtotal          4,500.38
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Customer Deposits | | | | |
| Kegel Company, Inc. c/o Marcella Sowards 1951 Longleaf Blvd. Lake Wales, FL 33859 | - | | | | | X | | 3,397.09 |
| Account No. | | | | Customer Deposits | | | | |
| Kerkore Company c/o Jackie Sanders 2630 Sidney Lanier Drive Brunswick, GA 31525 | - | | | | | X | | 959.40 |
| Account No. | | | | Goods and Services | | | | |
| Kingsley 4300 28th Street North Frankfort, KY 40602 | - | | | | | X | | 173.91 |
| Account No. | | | | Lease for copiers | | | | |
| Konica Minolta Business Solutions 21148 Network Place Chicago, IL 60673 | - | | | | | X | | 191.53 |
| Account No. | | | | Lease for copiers | | | | |
| Konica Minolta Premier Finance PO Box 740423 Atlanta, GA 30374 | - | | | | | X | | 1,285.10 |

Sheet no. __21__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,007.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lease for copiers | | | | |
| Konica Minolta USA Inc. Dept CH 19188 Palatine, IL 60055 | - | | | | X | | 339.92 |
| Account No. | | | Goods and Services | | | | |
| KRD 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | - | | | | X | | 32,706.84 |
| Account No. | | | Goods and Services | | | | |
| KSI- Koehler Scale, Inc. 3475 Nemesis Ave Waukegan, IL 60087 | - | | | | X | | 280.00 |
| Account No. | | | Goods and Services | | | | |
| Lakeshore Audiovisual 3912 W. McClean Ave BLDG D Chicago, IL 60647 | - | | | | X | | 1,769.48 |
| Account No. | | | Loan (1/12/2013) | | | | |
| Law Office of Don Leibsker c/o Donald Leibsker 29 S. LaSalle Street Chicago, IL 60606 | - | | | | X | | 20,000.00 |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,096.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan 1/12/2013 | | | | |
| Law Office of Ed Stone c/o Edward Stone 29 S. LaSalle Street Chicago, IL 60603 | - | | | | | X | | 50,000.00 |
| Account No. | | | | Attorney's Fees | | | | |
| Law Offices of Donald M. Leibsker 29 S. LaSalle Street, Suite 415 Chicago, IL 60603 | - | | | | | X | X | 70,000.00 |
| Account No. | | | | Goods and Services | | | | |
| Lee's Pottery Inc. 4750 Zifandel Ontario, CA 91761 | - | | | | | X | | 1,465.84 |
| Account No. | | | | Customer Deposits | | | | |
| Legacy Brands, LLC c/o Victor Vitale 66 Barrington Ave Nashua, NH 03062 | - | | | | | X | | 315.39 |
| Account No. | | | | Goods and Services | | | | |
| Lexmark Expo 285 Kraft Drive Dalton, GA 30721 | - | | | | | X | | 153.89 |

Sheet no. __23__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **121,935.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| Lexmark-BB&T 3379 Peachtree Road NE 6th FL Atlanta, GA 30326 | - | | | | X | | 35,999.81 |
| Account No. | | | Goods and Services | | | | |
| Lexmark-CIT 201 S. Tryon St. Charlotte, NC 28202 | - | | | | X | | 10,761.44 |
| Account No. | | | Goods and Services | | | | |
| Lexmark-Wells Fargo 6100 Fairview Rd Suite 565 Charlotte, NC 28210 | - | | | | X | | 23,071.30 |
| Account No. | | | Goods and Services | | | | |
| Liberty Propane P.O. Box 458 Lemont, IL 60439-0458 | - | | | | X | | 3,867.14 |
| Account No. | | | Goods and Services | | | | |
| LVVWD 1001 S. Valley View Blvd. Las Vegas, NV 89153 | - | | | | X | | 1,657.69 |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,357.38

B6F (Official Form 6F) (12/07) - Cont.

In re __Exhibitors Carpet Service, LLC_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| M W Supply Inc 100 Progress Street Glen Rose, TX 76043 | | - | | | | X | | 347.47 |
| Account No. | | | | Goods and Services | | | | |
| M.L. Sullivan Insurance Agency PO Box 8152 Bartlett, IL 60103 | | - | | | | X | | 10,720.00 |
| Account No. | | | | Goods and Services | | | | |
| M.L.D. Associates PO Box 2046 York Beach, ME 03910 | | - | | | | X | | 2,420.00 |
| Account No. | | | | Goods and Services | | | | |
| Macke Water Systems, Inc. PO Box 545 Wheeling, IL 60090 | | - | | | X | X | | 143.80 |
| Account No. | | | | Goods and Services | | | | |
| Magnum Venus Plastech 11692 56th Court North Clearwater, FL 33760 | | - | | | | X | | 783.74 |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      14,415.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                              ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| **MailFinance** **25881 Network Place** **Chicago, IL 60673** | - | | | | | X | | |
| | | | | | | | | 1,152.24 |
| Account No. | | | | Goods and Services | | | | |
| **Manufacturer's News, Inc.** **1633 Central St** **Evanston, IL 60201** | - | | | | | X | | |
| | | | | | | | | 199.00 |
| Account No. | | | | Loan (4/25/2013) | | | | |
| **Marion Glicksberg** **1745 Lily Court** **Highland Park, IL 60035** | - | | | | | X | | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | Customer Deposits | | | | |
| **Master Fishing Tackle Corporation** **c/o Yvonne Flores** **1009 E. Bedmar Street** **Carson, CA 90746** | - | | | | | X | | |
| | | | | | | | | 1,179.67 |
| Account No. | | | | Goods and Services | | | | |
| **Matrex Exhibits** **301 Chruch Street** **Addison, IL 60101** | - | | | | | X | | |
| | | | | | | | | 1,260.56 |

Sheet no. __26__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**103,791.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Goods and Services | | | | |
| **Merit Freight System**<br>**PO Box 91900**<br>**Elk Grove Village, IL 60009** | - | | | | | X | | 15,380.79 |
| Account No. | | | | Goods and Services | | | | |
| **Mohawk Carpet Corporation**<br>**PO Box 91157**<br>**Chicago, IL 60693** | - | | | | | X | | 612.42 |
| Account No. | | | | Goods and Services | | | | |
| **Morrison Security Corp**<br>**12334 S Keller**<br>**Alsip, IL 60803** | - | | | | | X | X | 24,459.00 |
| Account No. | | | | Goods and Services | | | | |
| **MRC Packaging Solutions**<br>**PO Box 6096**<br>**Lake Villa, IL 60046** | - | | | | | X | | 1,289.21 |
| Account No. | | | | Goods and Services | | | | |
| **National Lighting & Maintenance**<br>**PO Box 255**<br>**Glyndon, MD 21071** | - | | | | | X | | 590.96 |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,332.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Exhibitors Carpet Service, LLC**                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| National Tradeshow Supply Inc PO Box 455 Tinley Park, IL 60477 | - | | | | X | | 5,994.17 |
| Account No. | | | Goods and Services | | | | |
| NC Carpet Binding & Binding 858 Summer Avenue Newark, NJ 07104 | - | | | | X | | 29.44 |
| Account No. | | | Lease for postage machine | | | | |
| Neopost USA Inc. 478 Wheelers Farms Road Milford, CT 06461 | - | | | | X | | 6,425.28 |
| Account No. | | | Utilities | | | | |
| NICOR - 5407 PO Box 5407 Carol Stream, IL 60197 | - | | | | X | | 11,987.76 |
| Account No. | | | Vacated premises for nonresidential lease of real property at 890 E. Factory Drive, St. George, Utah 84790 | | | | |
| Norandex Building Materials 300 Executive Parkway West Hudson, OH 44236 | - | | | | X | | Unknown |

Sheet no. __28__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,436.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>**Norman Glicksberg Declaration Trust c/o Martay & Martay 134 N. LaSalle Street, 9th Floor Chicago, IL 60602** | - | | | Assumed liability in conjunction with asset purchase agreement | | X | | 1,000,000.00 |
| Account No.  <br><br>**Norman Glicksberg Declaration Trust c/o Martay & Martay 134 N. LaSalle Street, 9th Floor Chicago, IL 60602** | - | | | Promissory note in conjunction with asset purchase agreement | | X | X | 150,000.00 |
| Account No.  <br><br>**Northwest Hardwoods c/o Stephanie Happer 10220 SW Greenburg Rd, Ste 570 Portland, OR 97223** | - | | | Customer Deposits | | X | | 1,557.76 |
| Account No.  <br><br>**Odyssey Services, Inc. 106 Apple Street Suite 221 Tinton Falls, NJ 07724** | - | | | Goods and Services | | X | | 101.94 |
| Account No.  <br><br>**Pacific Paper Tube 1025 98th Ave Oakland, CA 94603** | - | | | Goods and Services | | X | | 1,730.36 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,153,390.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer Deposits** | | | | |
| **Panacea Photonics Corporation** **c/o Michael Thomas** **30030 Scenic Byway Road** **Henderson, MN 56044** | - | | | | X | | 130.13 |
| Account No. | | | **Customer Deposits** | | | | |
| **Presstek** **c/o Jonelle Rexenes** **55 Executive Drive** **Hudson, NH 03051** | - | | | | X | | 1,035.69 |
| Account No. | | | **Goods and Services** | | | | |
| **Prism Corporation** **6957 West Archer Avenue** **Chicago, IL 60638** | - | | | | X | | 1,805.89 |
| Account No. | | | **Goods and Services** | | | | |
| **ProShred Security** **14029 S. Cicero Ave** **Crestwood, IL 60445** | - | | | | X | | 55.00 |
| Account No. | | | **Goods and Services** | | | | |
| **Questar Gas** **PO Box 45841** **Salt Lake City, UT 84139** | - | | | | X | | 944.38 |

Sheet no. __30__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,971.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Quill Corporation** **PO Box 37600** **Philadelphia, PA 19101** | - | | | | X | | 1,517.46 |
| Account No. | | | Goods and Services | | | | |
| **R.J Riteway** **3515 S. Ashland Avenue** **Chicago, IL 60609** | - | | | | X | | 861.22 |
| Account No. | | | Customer Deposits | | | | |
| **Reiser** **c/o Maureen Hansen** **725 Dedham Street** **Canton, MA 02021** | - | | | | X | | 408.90 |
| Account No. | | | Goods and Services | | | | |
| **Republic Services #620** **PO Box 78829** **Phoenix, AZ 85062** | - | | | | X | | 3,736.85 |
| Account No. | | | Goods and Services | | | | |
| **RFMS** **3073 Palisades Court** **Tuscaloosa, AL 35405** | - | | | | X | | 178.46 |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,702.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Exhibitors Carpet Service, LLC**                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| Riccoh, USA, Inc. Po Box 802815 Chicago, IL 60680 | | - | | | | X | | 2,914.37 |
| Account No. | | | | Customer Deposits | | | | |
| Ritz Safety c/o Stein Johnsen 1065 American Pacific Dr., #140 Henderson, NV 89074 | | - | | | | X | | 173.91 |
| Account No. | | | | Goods and Services | | | | |
| RREEF America REIT II Corp VV 36J57002-Chicago Southwest 2 Addison, TX 75001 | | - | | | | X | | 76,883.48 |
| Account No. | | | | Goods and Services | | | | |
| San Kay Inc 1803 Arapaho Trail Mesquite, TX 75149 | | - | | | | X | | 1,450.00 |
| Account No. | | | | Customer Deposits | | | | |
| Sawstop, LLC c/o Toby Pond 9564 SW Tualatin Road Tualatin, OR 97062 | | - | | | | X | | 1,011.03 |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,432.79

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Schwaab, Inc.<br>PO Box 3128<br>Milwaukee, WI 53201 | - | | | Goods and Service | | X | | 181.00 |
| Account No.<br><br>Seaco Carpets<br>1628 Rio Vista Drive<br>Dalton, GA 30720 | - | | | Goods and Services | | X | | 1,435.09 |
| Account No.<br><br>Sealand Mechanical<br>c/o Sherry Breaux<br>1747 Grand Calilou Road<br>Houma, LA 70363 | - | | | Customer Deposits | | X | | 2,210.00 |
| Account No.<br><br>Securetech Solutions<br>PO Box 1456<br>Deerfield, IL 60015 | - | | | Goods and Services | | X | | 6,952.99 |
| Account No.<br><br>Select Staffing<br>Dept 4682<br>Carol Stream, IL 60122 | - | | | Goods and Services | | X | | 9,702.40 |

Sheet no. __33__ of __41__ sheets attached to Schedule of                    Subtotal                    20,481.48
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,                    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| Shaw Industries Inc. 12978 Collection Center Dr Chicago, IL 60693 | - | | | | | X | | 11,790.99 |
| Account No. | | | | Goods and Services | | | | |
| SHO-Link 28045 N. Ashley Circle Unit 101 Libertyville, IL 60048 | - | | | | | X | | 923.16 |
| Account No. | | | | Loan (3/5/2013) | | | | |
| Sidney Rosenberg 600 Calais Circle Highland Park, IL 60035 | - | | | | | X | | 50,000.00 |
| Account No. | | | | Customer Deposits | | | | |
| Skyline Orange County c/o Bob Smithson 25151 Arctic Ocean Drive Lake Forest, CA 92630 | - | | | | | X | | 605.36 |
| Account No. | | | | Goods and Services | | | | |
| SNAG Proof 11387 Deerfield Road Cincinnati, OH 45242 | - | | | | | X | | 339.20 |

Sheet no. __34__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    63,658.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer Deposits** | | | | |
| **Snag Proof MFG., Inc.** **c/o Harry Ehlers** **11387 Deerfield Rd** **Cincinnati, OH 45242** | - | | | | X | | 471.05 |
| Account No. | | | **Goods and Services** | | | | |
| **Source One** **1030 SW 6th Street** **Lincoln, NE 68522** | - | | | | X | | 140.00 |
| Account No. | | | **Goods and Services** | | | | |
| **Southern Nevada Fire Protection** **3225 E. Post Road** **Las Vegas, NV 89120** | - | | | | X | | 401.50 |
| Account No. | | | **Goods and Services** | | | | |
| **Southern Nevada Fire Protection** **3225 E. Post Road** **Las Vegas, NV 89120** | - | | | | X | | 1,500.00 |
| Account No. | | | **Goods and Services** | | | | |
| **Southland Flooring Supplies** **1450 N. Wooddale Road** **Wood Dale, IL 60191** | - | | | | X | | 2,023.91 |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,536.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC**                        , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sparks Exhibits**<br>**2828 Charter Road**<br>**Philadelphia, PA 19154** | - | | **Goods and Services** | | X | | 36,551.49 |
| Account No.<br><br>**Specialty Coin Products**<br>**c/o Heidi Olsen**<br>**PO Box 824**<br>**Sandy, UT 84091** | - | | **Customer Deposits** | | X | | 347.02 |
| Account No.<br><br>**Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | - | | **Goods and Services** | | X | | 2,426.48 |
| Account No.<br><br>**Stanadyne Corporation**<br>**92 Deerfield Road**<br>**Windsor, CT 06095** | - | | **Customer Deposits** | | X | | 1,466.32 |
| Account No.<br><br>**Starform Exhibition**<br>**c/o Justin Lee**<br>**5521 Ayon Ave**<br>**Irwindale, CA 91706** | - | | **Customer Deposits** | | X | | 801.67 |

Sheet no. __36__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,592.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer Deposits** | | | | |
| **Strike King Lure** c/o Lee Parkinson 466 Washington Street Collierville, TN 38017 | - | | | | X | | 2,128.26 |
| Account No. | | | **Goods and Services** | | | | |
| **Sunbelt Rentals, Inc.** PO Box 409211 Atlanta, GA 30384 | - | | | | X | | 346.16 |
| Account No. | | | **Goods and Services** | | | | |
| **Tantara Transporation Group** 46051 Michigan Ave Canton, MI 48188 | - | | | | X | | 2,352.84 |
| Account No. | | | **Customer Deposits** | | | | |
| **TBD Exhibits** c/o Terry Hart 184 Worchester Rd, PO Box 58 Princeton, MA 01541 | - | | | | X | | 344.14 |
| Account No. | | | **Goods and Services** | | | | |
| **Tennant** PO Box 71414 Chicago, IL 60694 | - | | | | X | | 907.64 |

Sheet no. __37__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,079.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Customer Deposits | | | | |
| The Danielson Co. c/o Theresa Gruber 4510 B. St. NW Auburn, WA 98071 | | - | | | X | | 1,058.73 |
| Account No. | | | Credit Card advances | | | | |
| Thomas J. Gilmore 7722 Baker Court Darien, IL 60561 | | - | | | X | | 83,000.00 |
| Account No. | | | Goods and Services | | | | |
| United Parcel Service PO Box 577 Carol Stream, IL 60132 | | - | | | X | | 24.98 |
| Account No. | | | Goods and Services | | | | |
| Up & Down 23551 Jamison Place Aurora, CO 80018 | | - | | | X | | 5,399.98 |
| Account No. | | | Goods and Services | | | | |
| UPS Freight 28013 Network Place Chicago, IL 60673-1280 | | - | | | X | | 8,539.89 |

Sheet no. __38__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      98,023.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| UPS Freight Dallas PO Box 730900 Dallas, TX 75373 | - | | | | | X | | 315.91 |
| Account No. | | | | Customer Deposits | | | | |
| Vac-U-Clamp c/o Barney Rigney 4149 Avenida De La Plata Oceanside, CA 92056 | - | | | | | X | | 780.77 |
| Account No. | | | | Customer Deposits | | | | |
| Vedalohd Sunglasses 9800 Shelard Pkwy Suite 310 Minneapolis, MN 55441 | - | | | | | X | | 452.89 |
| Account No. | | | | Customer Deposits | | | | |
| Vicious Fishing c/o Keith 2707 Horse Creek Blvd Dora, AL 35062 | - | | | | | X | | 1,134.26 |
| Account No. | | | | Goods and Services | | | | |
| Vizcom 1021 Ottawa Avenue NW Grand Rapids, MI 49503 | - | | | | | X | | 270.53 |

Sheet no. __39__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,954.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Exhibitors Carpet Service, LLC** ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Goods and Services | | | | |
| Waste Management-Metro P.O. Box 4648 Carol Stream, IL 60197-4648 | - | | | | | | X | | 1,617.30 |
| Account No. | | | | | Customer Deposits | | | | |
| Wavespin Reels 5910 Pine Hill Drive, Suite 8 Port Richey, FL 34668 | - | | | | | | X | | 173.91 |
| Account No. | | | | | Goods and Services | | | | |
| Wheels In Motion 6250 Banning Creek Drive Las Vegas, NV 89118 | - | | | | | | X | | 275.00 |
| Account No. | | | | | Goods and Services | | | | |
| Wilson Tool 12912 Farmham Ave White Bear Lake, MN 55110 | - | | | | | | X | | 5,150.12 |
| Account No. | | | | | Goods and Services | | | | |
| Wright Express Fleet Services P.O. Box 6293 Carol Stream, IL 60197-6293 | - | | | | | | X | | 2,369.88 |

Sheet no. __40__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           9,586.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Exhibitors Carpet Service, LLC** ,          Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Services | | | | |
| Yellow Pages PO Box 53282 Jacksonville, FL 32203 | - | | | | | X | | 687.00 |
| Account No. | | | | Goods and Services | | | | |
| Yellow Pages United PO Box 53282 Atlanta, GA 30355 | - | | | | | X | | 792.00 |
| Account No. | | | | Goods and Services | | | | |
| Yesco PO Box 11676 Tacoma, WA 98411 | - | | | | | X | | 449.76 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __41__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,928.76 |
| | Total (Report on Summary of Schedules) | 4,732,565.78 |

B6G (Official Form 6G) (12/07)

.

In re __Exhibitors Carpet Service, LLC_____,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AT&T Multiservice Agreement<br>Attn: Master Agreement Support Team<br>One AT&T Way<br>Bedminster, NJ 07921 | Leases for phone system, phone service, internet, and cell phones under the name AT&T, AT&T Capital, and AT&T Global. |
| Cabot Acquisitions, LLC<br>c/o RREEF<br>875 N. Michigan Avenue, 41st Floor<br>Chicago, IL 60611 | Nonresidential lease of real property: 6112 W. 73rd Street, Bedford Park, IL 60499<br>Terminates: November 30, 2022 |
| Konica Minolta Business Solutions<br>21148 Network Place<br>Chicago, IL 60673 | Lease for copiers.<br>Terminates: November 2013 |
| Neopost USA, Inc.<br>478 Wheelers Farms Road<br>Milford, CT 06461 | Lease for postage machine.<br>Terminates: August 2, 2016. |
| Norandex Building Materials<br>Distribution Inc.<br>300 Executive Parkway West<br>Hudson, OH 44236 | Vacated premises for nonresidential lease of real property at 890 E. Factory Drive, St. George, Utah 84790 |
| PFRS Patrick Center Corporation<br>c/o American Realty Advisors<br>801 North Brand Blvd, Suite 800<br>Glendale, CA 91203 | Nonresidential lease of real property: 6231 McLeod Drive, Las Vegas, Nevada 89120<br>Terminates: 8/31/2013 |
| Robert E. Ryley<br>24808 Emerald Avenue<br>Plainfield, IL 60585 | Employment contract dated April 2012 as President. |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Exhibitors Carpet Service, LLC**

,                                                    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Estate of Norman Glicksberg**<br>**c/o Edward H. Stone, R.A.**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603** | **General Motors, LLC**<br>**400 Renaissance Center**<br>**Suite 2500**<br>**Detroit, MI 48243** |
| **Exhibitors Carpet Service Company**<br>**West, Inc.**<br>**311 S. Division Street**<br>**Carson City, NV 89703**<br>  **c/o The Corporation Trust Company of Nevada**<br>**311 South Division Street**<br>**Carson City, NV 89703** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |
| **Exhibitors Carpet Service, Inc**<br>**c/o Edward H. Stone, R.A.**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |
| **Exhibitors Carpet Service, Inc**<br>**c/o Edward H. Stone, R.A**<br>**29 S LaSalle, Suite 415**<br>**Chicago, IL 60603** | **General Motors, LLC**<br>**400 Renaissance Center**<br>**Suite 2500**<br>**Detroit, MI 48243** |
| **Glicksberg Limited Partnership I**<br>**c/o Edward H. Stone, R.A.**<br>**29 S La Salle St, Suite 415**<br>**Chicago, IL 60603**<br>  **c/o Glicksberg Family Management Inc., General**<br>**Partner**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |
| **Glicksberg Limited Partnership I**<br>**c/o Glicksberg Family Mgmt, Inc.**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603**<br>  **c/o Edward H. Stone, R.A.**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |
| **Glicksberg Limited Partnership II**<br>**c/o Edward H. Stone, R.A.**<br>**29 S La Salle St, Suite 415**<br>**Chicago, IL 60603**<br>  **c/o Glicksberg Family Management, Inc.,**<br>**General Partner**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    **Exhibitors Carpet Service, LLC**                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **The Estate of Norman Glicksberg**<br>**c/o Edward H. Stone, R.A.**<br>**29 S. LaSalle Street, Suite 415**<br>**Chicago, IL 60603**<br>  **c/o Thomas J. Gilmore**<br>**7722 Baker Court**<br>**Darien, IL 60561** | **First Midwest Bank**<br>**c/o Dave Clark, Vice President**<br>**One Pierce Plaza, Suite 1500**<br>**Itasca, IL 60143** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Exhibitors Carpet Service, LLC _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___57___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 28, 2013 _____    Signature    /s/ Thomas Gilmore _____
                                                          Thomas Gilmore
                                                          Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Exhibitors Carpet Service, LLC

Debtor(s)

Case No.

Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $2,001,097.00 | Income as of June 25, 2013 (Gross Revenue) |
| $2,345,979.00 | Income June 9, 2012 to December 31, 2012 (Gross Revenue) |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

B7 (Official Form 7) (04/13)                                                                                                                                    2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AT&T Capital Services, Inc. 13160 Collections Center Drive Chicago, IL 60693 | March 28, 2013 - June 28, 2013 | $6,228.57 | $2,487.97 |
| A Storage On Wheels, Inc. 5085 Cecile Avenue Las Vegas, NV 89115 | March 28, 2013 - June 28, 2013 | $6,571.98 | $7,625.98 |
| CSI Worldwide 40 Regency Plaza Glen Mills, PA 19342 | March 28, 2013 - June 28, 2013 | $6,624.40 | $18,464.79 |
| Exhibit City News 1675 E. Desert Inn Road Las Vegas, NV 89169 | March 28, 2013 - June 28, 2013 | $7,600.00 | $3,450.00 |
| John R. Levey 1808 Valley Parkway East Joliet, IL 60433 | March 28, 2013 - June 28, 2013 | $7,829.98 | $2,307.69 |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197 | March 28, 2013 - June 28, 2013 | $8,555.64 | $2,558.43 |
| FedEx P.O. Box 10360 Palatine, IL 60094-4515 | March 28, 2013 - June 28, 2013 | $8,927.02 | $1,650.21 |
| Carpet Cushions 24193 Network Place Chicago, IL 60673 | March 28, 2013 - June 28, 2013 | $9,259.05 | $6,228.18 |
| Robert E. Ryley 24808 Emerald Avenue Plainfield, IL 60585 | March 28, 2013 - June 28, 2013 | $9,739.82 | $10,019.20 |
| First Midwest Bank c/o Dave Clark, Vice President One Pierce Plaza, Suite 1500 Itasca, IL 60143 | March 28, 2013 - June 28, 2013 | $10,515.49 | $836,851.00 |

   * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Seaco Carpets<br>1628 Rio Vista Drive<br>Dalton, GA 30720 | March 28, 2013 - June 28, 2013 | $10,722.34 | $1,435.09 |
| Wright Express Fleet Services<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | March 28, 2013 - June 28, 2013 | $14,694.47 | $2,369.88 |
| AT&T - 5019<br>PO Box 5019<br>Carol Stream, IL 60197 | March 28, 2013 - June 28, 2013 | $18,839.23 | $5,289.51 |
| Merit Freight System<br>PO Box 91900<br>Elk Grove Village, IL 60009 | March 28, 2013 - June 28, 2013 | $21,287.41 | $15,380.79 |
| Jose De Jesus Munoz<br>5054 Lavergne<br>Chicago, IL 60638 | March 28, 2013 - June 28, 2013 | $22,256.43 | $420.45 |
| National Tradeshow Supply Inc<br>PO Box 455<br>Tinley Park, IL 60477 | March 28, 2013 - June 28, 2013 | $28,711.81 | $5,206.97 |
| CFO Pros, Inc.<br>233 S. Wacker Drive<br>84th Floor<br>Chicago, IL 60606 | March 28, 2013 - June 28, 2013 | $29,700.00 | $18,800.00 |
| C.H. Robinson<br>PO Box 9121<br>Las Vegas, NV 89118 | March 28, 2013 - June 28, 2013 | $32,752.50 | $59,386.09 |
| G-3 I&D, Inc.<br>803 Sapphire Drive<br>Bolingbrook, IL 60490 | March 28, 2013 - June 28, 2013 | $43,515.28 | $1,759,704.00 |
| Lexmark-BB&T<br>3379 Peachtree Road NE<br>6th FL<br>Atlanta, GA 30326 | March 28, 2013 - June 28, 2013 | $64,706.23 | $35,999.81 |
| RREEF America REIT II<br>Corp VV<br>36J57002-Chicago Southwest 2<br>Addison, TX 75001 | March 28, 2013 - June 28, 2013 | $73,780.65 | $76,883.48 |
| Shaw Industries Inc.<br>12978 Collection Center Dr<br>Chicago, IL 60693 | March 28, 2013 - June 28, 2013 | $101,671.72 | $11,790.99 |
| Humana Dental Ins. Co.<br>PO Box 0884<br>Carol Stream, IL 60132 | March 28, 2013 - June 28, 2013 | $209,397.57 | $32,266.32 |
| Lexmark Expo<br>285 Kraft Drive<br>Dalton, GA 30721 | March 28, 2013 - June 28, 2013 | $275,433.41 | $153.89 |
| Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197 | March 28, 2013 - June 28, 2013 | $6,798.64 | $1,372.21 |
| M.L. Sullivan Insurance Agency<br>PO Box 8152<br>Bartlett, IL 60103 | March 28, 2013 - June 28, 2013 | $27,726.00 | $10,720.00 |

B7 (Official Form 7) (04/13)                                                                                        4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Willwork, Inc.<br>23A Norfolk Avenue<br>South Easton, MA 02375 | March 28, 2013 - June 28, 2013 | $7,500.00 | $0.00 |
| Pack Expo<br>5931 Campus Circle Drive<br>Irving, TX 75063 | March 28, 2013 - June 28, 2013 | $8,374.00 | $0.00 |
| Scott & Austin & Co<br>1628 Rio Vista Drive<br>Dalton, GA 30720 | March 28, 2013 - June 28, 2013 | $8,991.58 | $0.00 |
| Crown<br>2351 Filbert Road<br>Mishawaka, IN 46545-4101 | March 28, 2013 - June 28, 2013 | $10,385.24 | $0.00 |
| PFRS Pattrick Center Corporation<br>Attn: Andrea Blue<br>1801 W. Olympic Blvd<br>File 1491<br>Pasadena, CA 91199 | March 28, 2013 - June 28, 2013 | $13,218.86 | $0.00 |
| Norandex Building Materials<br>300 Executive Parkway West<br>Hudson, OH 44236 | March 28, 2013 - June 28, 2013 | $13,950.00 | $0.00 |
| Galaxy Flooring Co<br>985 River Rock Drive<br>Holly, MI 48442 | March 28, 2013 - June 28, 2013 | $14,034.52 | $0.00 |
| Jose Garcia<br>2712 S. Euclid<br>Berwyn, IL 60402 | March 28, 2013 - June 28, 2013 | $20,702.37 | $0.00 |
| GriffinWorks<br>PO Box 687<br>Itasca, IL 60143 | March 28, 2013 - June 28, 2013 | $64,839.98 | $0.00 |
| Scottdel, Inc.<br>1628 Rio Vista Drive<br>Dalton, GA 30720 | March 28, 2013 - June 28, 2013 | $70,876.47 | $0.00 |
| Vincent Adamo<br>11345 Laura Lane<br>Frankfort, IL 60423 | March 11, 2013 to June 28, 2013 | $30,076.88 | $3,538.40 |
| Terry Bard<br>730 Harbour Drive<br>Naples, FL 34103 | January 1, 2013 to June 28, 2013 | $24,095.00 | $3,520.00 |
| Joan Bertucci<br>11732 Blackburn Drive<br>Orland Park, IL 60467 | January 9, 2013 to June 28, 2013 | $48,653.82 | $3,538.40 |
| Carmarena Antonio<br>3020 W 53rd Place<br>Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $11,018.83 | $0.00 |
| Laurie Castillo<br>5755 Massasoit<br>Chicago, IL 60638 | January 1, 2013 to June 28, 2013 | $9,480.00 | $0.00 |
| John Chruscinski<br>10824 Rutherford Ave<br>Worth, IL 60482 | March 4, 2013 to June 28, 2013 | $12,449.94 | $1,200.00 |

B7 (Official Form 7) (04/13)                                                                                          5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Kimberly De Somer<br>7310 N. Bell Ave<br>Chicago, IL 60645 | January 1, 2013 to June 28, 2013 | $8,846.16 | $0.00 |
| Jonas Garsua<br>6 Paxos Drive<br>Apt 2W<br>Palos Hills, IL 60465 | January 1, 2013 to June 28, 2013 | $22,740.00 | $0.00 |
| Melissa Giliberto<br>3618 W 109th Street<br>Chicago, IL 60655 | January 1, 2013 to June 28, 2013 | $6,900.00 | $0.00 |
| John Gilmore Jr.<br>10363 S. Broadmoor Drive<br>Palos Hills, IL 60465 | January 1, 2013 to June 28, 2013 | $36,960.00 | $3,080.00 |
| Brianna Hanson<br>4776 Julesburg Dr<br>Las Vegas, NV 89136 | January 1, 2013 to June 28, 2013 | $11,117.50 | $0.00 |
| Arencenia Harris<br>14537 S. Normal Ave<br>Riverdale, IL 60827 | January 1, 2013 to June 28, 2013 | $18,085.00 | $0.00 |
| Fernando Hernadez<br>5339 S Washtenaw<br>Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $20,960.00 | $0.00 |
| Alison Invie<br>830 71st Street<br>Darien, IL 60561 | January 1, 2013 to June 28, 2013 | $21,600.00 | $1,800.00 |
| Keith Kurzband<br>6519 W 34th Street<br>Berwyn, IL 60402 | January 1, 2013 to June 28, 2013 | $23,800.00 | $0.00 |
| John Levey<br>1808 Valley Parkway East<br>Joliet, IL 60433 | January 1, 2013 to June 28, 2013 | $27,692.28 | $2,307.69 |
| Lisa Luna<br>3332 W Palmer Street<br>Chicago, IL 60647 | January 1, 2013 to June 28, 2013 | $16,318.25 | $0.00 |
| Juan Marquez<br>3043 W 38th Place<br>Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $12,513.00 | $0.00 |
| Billy Pack<br>6141 S Major Road<br>Chicago, IL 60638 | January 1, 2013 to June 28, 2013 | $10,581.00 | $0.00 |
| Robin Richardson<br>3351 Church Street<br>Evanston, IL 60203 | January 1, 2013 to June 28, 2013 | $19,647.05 | $0.00 |
| Jessica Rigoni<br>16253 Regents Rd<br>Homer Glen, IL 60491 | January 1, 2013 to June 28, 2013 | $24,610.00 | $0.00 |
| Rodolfo Ruiz<br>4106 S. Richmond<br>Apt. 2<br>Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $21,037.00 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                              6

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Robert Ryley 24808 Emerald Ave Plainfield, IL 60585 | January 1, 2013 to June 28, 2013 | $143,288.49 | $10,019.20 |
| Mary Stroth 1014 Circle Ave Forest Park, IL 60130 | January 1, 2013 to June 28, 2013 | $29,576.80 | $2,076.80 |
| Jose Torres 3943 W 84th Street Chicago, IL 60652 | January 1, 2013 to June 28, 2013 | $12,862.50 | $0.00 |
| Rodrigo Torres 5629 S Fairfield Ave Chicago, IL 60629 | January 1, 2013 to June 28, 2013 | $15,795.00 | $0.00 |
| Sergio Torres 5425 S Hamlin Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $19,021.50 | $0.00 |
| Victor Torres 3421 W 62nd Street Chicago, IL 60629 | January 1, 2013 to June 28, 2013 | $10,527.50 | $0.00 |
| Michael Ukleja 7622 Nantucket Drive Darien, IL 60561 | January 16, 2013 to June 28, 2013 | $22,136.25 | $0.00 |
| Javier Viramontes 6023 S Troy Apt 1 Chicago, IL 60629 | January 1, 2013 to June 28, 2013 | $8,495.00 | $0.00 |
| Bill Cain 2393 Millcroft Drive Henderson, NV 89074 | January 1, 2013 to June 28, 2013 | $33,578.06 | $0.00 |
| Odin Garcia 2671 E 700 N Apt 4 Saint George, UT 84790 | February 19, 2013 to June 28, 2013 | $7,406.88 | $0.00 |
| Daniel Guerra 233 Tabitha Lila Street Las Vegas, NV 89106 | January 1, 2013 to June 28, 2013 | $20,294.29 | $0.00 |
| Jose Guerra 1738 Balsam Mist Las Vegas, NV 89183 | January 1, 2013 to June 28, 2013 | $42,243.43 | $0.00 |
| James Harrison 8669 Freeport Lane Las Vegas, NV 89117 | January 1, 2013 to June 28, 2013 | $39,282.61 | $0.00 |
| Juan Jimenez 1682 Autumn Rust Drive Las Vegas, NV 89119 | January 1, 2013 to June 28, 2013 | $42,178.84 | $0.00 |
| Darik Malone 10578 Abisso Drive Las Vegas, NV 89135 | March 13, 2013 to June 28, 2013 | $8,461.53 | $0.00 |
| Jesus Rodriguez 1155 Warm Canyon Way Las Vegas, NV 89123 | January 1, 2013 to June 28, 2013 | $11,733.38 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Mary Williams<br>3324 Cyrstal Tower Street<br>Las Vegas, NV 89129 | January 1, 2013 to June 28, 2013 | $19,200.00 | $0.00 |
| Christopher Carbine<br>623 Indian Hill Ct<br>Deerfield, IL 60015 | January 1, 2013 to June 28, 2013 | $36,194.07 | $0.00 |
| *Jeff Carey<br>163 N Oak<br>Wood Dale, IL 60191 | January 1, 2013 to June 28, 2013 | $46,066.63 | $0.00 |
| Louie Deguiseppe<br>2901 Atlantic Street<br>Franklin Park, IL 60131 | January 1, 2013 to June 28, 2013 | $50,354.76 | $0.00 |
| Nathan Glicksburg<br>527 Hummingbird Lane<br>Deerfield, IL 60015 | January 1, 2013 to June 28, 2013 | $22,815.24 | $0.00 |
| Adam Kaleta<br>5033 N. Nottingham<br>Chicago, IL 60656 | January 1, 2013 to June 28, 2013 | $8,708.82 | $0.00 |
| Wayne Lawrenz<br>478 Sterling East<br>Justice, IL 60458 | January 1, 2013 to June 28, 2013 | $21,784.16 | $0.00 |
| Eduardo Martinez<br>3356 W 55th Street<br>Chicago, IL 60632 | January 1, 2013 to June 28, 2013 | $28,731.84 | $0.00 |
| Tim Mescall<br>1621 Moore Ave<br>Streamwood, IL 60107 | January 1, 2013 to June 28, 2013 | $50,942.22 | $0.00 |
| Charles Sanders<br>11935 S. Hamlin Ave<br>Apt 3B<br>Alsip, IL 60803 | January 1, 2013 to June 28, 2013 | $23,496.70 | $0.00 |
| Allen Reed<br>106 N Cedar Rd<br>New Lenox, IL 60451 | January 1, 2013 to June 28, 2013 | $37,496.70 | $0.00 |
| Billy Pack<br>6141 S Major<br>Chicago, IL 60638 | January 1, 2013 to June 28, 2013 | $8,551.72 | $0.00 |
| Luis Marquez<br>10153 Coffeeberry Ct<br>Las Vegas, NV 89183 | January 1, 2013 to June 28, 2013 | $11,733.38 | $0.00 |

None    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■        creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    8

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    9

---

**8.  Losses**

None  ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 2 computers, 2 rooftop air conditioning units, $3,800.00 | Lightning strike at 6112 W. 73rd Avenue, Bedford Park, IL 60638, Cincinnati Insurance Company | 6/11/2013 |

---

**9.  Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | June 2013 | $21,213.00 |

---

**10.  Other transfers**

None  ☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| CarMax 6540 W 95th St Oak Lawn, IL 60453 | June 2012 | 2006 Cadillac SRX, $7,000.00 |

None  ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None  ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          10

**12.  Safe deposit boxes**

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
         depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
         filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None     List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| New Trier High School<br>385 Winnetka Ave<br>Winnetka, IL 60093 | 5,000 square feet of tuxedo carpet, $1,000.00 | 6112 W. 73rd Avenue, Bedford Park, IL 60638 |

**15.  Prior address of debtor**

None     If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
         address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
         commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
         the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
         the Environmental Law:

B7 (Official Form 7) (04/13)                                                                              11

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
Kutchins Robbins & Diamond                       June 2012 to Present
Schaumburg, IL

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B7 (Official Form 7) (04/13)                                                                                                                           12

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■     of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
CitiBank                                                     March 2013

Private Bank                                                May 2013

Cole Taylor                                                 May 2013

Wintrust                                                    May 2013

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 5/3/2013 | Tom Gilmore | Liquidation Amount $397,000.00 |
| 6/21/2013 | Tom Gilmore | Liquidation Amount $337,444.00 |

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 5/3/2013 | Tom Gilmore |
| 6/21/2013 | Tom Gilmore |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                  NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Robert Ryley | President | None |
| Thomas J. Gilmore | Chief Executive Officer | Managing Member |

B7 (Official Form 7) (04/13)                                                                                                13

---

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
      commencement of this case.

NAME                                ADDRESS                                      DATE OF WITHDRAWAL

None
■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
      immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                           DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert Ryley | June 28, 2012 to June 28, 2013, Wages and Expense Reimbursement | $315,000.00 Wages $15,336.79 Expense Reimbursement |
| President | | |
| Thomas J. Gilmore | June 28, 2012 to June 28, 2013, Expense Reimbursement | $86,337.17 Expense Reimbursement |
| Chief Executive Officer | | |

---

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   June 28, 2013                              Signature   /s/ Thomas Gilmore
                                                              Thomas Gilmore
                                                              Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Exhibitors Carpet Service, LLC** ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tom Gilmore**<br>**6112 W. 73rd Street**<br>**Chicago, IL 60638** | **Member** | **1** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 28, 2013**_____    Signature  **/s/ Thomas Gilmore**_____

**Thomas Gilmore**
**Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   Exhibitors Carpet Service, LLC

Debtor(s)

Case No.

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                                 233

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   June 28, 2013

/s/ Thomas Gilmore

Thomas Gilmore/Member
Signer/Title

A Storage On Wheels, Inc.
5085 Cecile Avenue
Las Vegas, NV 89115


Accountemps
12400 Collections Center Dr.
Chicago, IL 60693


Ace Electrical Services, LLC
PO Box 1015
Kaysville, UT 84037


Active Telephone & Data
PO Box 895
Mount Prospect, IL 60056


Airways Freight
PO Box 1888
Fayetteville, AR 72702


Alarmco
2007 Las Vegas Blvd
Las Vegas, NV 89104


Alison H. Invie
830 71st Street
Darien, IL 60561


Angler's Resources
c/o Jim Ising
400 E. Section Avenue
Foley, AL 36535


Angler's Select
311 Mechanics Street
Boonton, NJ 07005


Appleone Employment Services
Accounts Receivable
PO Box 29048
Glendale, CA 91209

Architectural Impressions
c/o Laurie Krchmery
7055 W. Oakland Street
Chandler, AZ 85226


AT&T - 5019
PO Box 5019
Carol Stream, IL 60197


AT&T - 5080
PO Box 5080
Carol Stream, IL 60197


AT&T Capital Services, Inc.
13160 Collections Center Drive
Chicago, IL 60693


AT&T Global Services, Inc.
PO Box 8102
Aurora, IL 60507


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


AT&T Multiservice Agreement
Attn: Master Agreement Support Team
One AT&T Way
Bedminster, NJ 07921


Atlas First Access
5050 River Road
Schiller Park, IL 60176


Barclay's Card
Card Services
PO Box 13337
Philadelphia, PA 19101-3337


Battleground Cigar
c/o Michael Tarnowicz
337 Hazard Ave.
Enfield, CT 06082

Betts Tackle, Ltd.
c/o Wendell Howerton
1701 West Acadamy St, PO Box 57
Fuquay Varina, NC 27526


Big D
3950 W. Diablo Drive #81
Las Vegas, NV 89118


Billy Pack
6141 S. Major
Chicago, IL 60638


Blue Line Studios
c/o Joey Cashnab
2548 W. Desert Inn Road
Las Vegas, NV 89109


Braun's Express, Inc.
10 Tandem Way
Hopedale, MA 07147


Brittanica Digital Learning
c/o Wendy Pikering
331 N. LaSalle Street
Chicago, IL 60654


Bron Tape
5450 Desert Point Drive
Las Vegas, NV 89118


BRS - Sea Striker
c/o Cathy Green
P.O. Box 459
Morehead City, NC 28557


BRS - Star Fishing Tackle
c/o Emily Bedsworth
P.O. Box 459
Morehead City, NC 28557


Byerrum, Inc.
c/o Kaete Miller
802 Jensen Place
Placentia, CA 92870

C.H. Robinson
PO Box 9121
Las Vegas, NV 89118


Cabot Acquisition, LLC
c/o RREEF
875 N. Michigan Ave, 41st Floor
Chicago, IL 60611


Cabot Acquisitions, LLC
c/o RREEF
875 N. Michigan Avenue, 41st Floor
Chicago, IL 60611


Carpet Cushions
24193 Network Place
Chicago, IL 60673


Carpets of Highwood
c/o Neil Glicksberg
4300 W. Montrose
Chicago, IL 60641


Century Trade Show Services
550 Kennesaw Avenue S.W.
Suite 900
Marietta, GA 30060


CenturyLink
PO Box 29040
Phoenix, AZ 85062


CenturyLink
PO Box 2961
Phoenix, AZ 85062


CEP Exhibits, Inc.
755 Remington Blvd
Bolingbrook, IL 60440


CFO Pros, Inc.
233 S. Wacker Drive
84th Floor
Chicago, IL 60606

CFS Services, Inc.
PO Box 415565
Boston, MA 02241


Chase INK
Chase Card Services
PO Box 15298
Wilmington, DE 19850


Cigar Boss
c/o Megan Westmore
1906 Harbor City
Melbourne, FL 32901


Cintas
P.O. Box 636525
Cincinnati, OH 45263


CitiBank
P.O. Box 183071
Columbus, OH 43218-3071


City of Chicago
Department of Finance
22149 Network Plsvr
Chicago, IL 60673


City of Chicago
c/o Corporation Counsel
121 N. LaSalle St, Suite 600
Chicago, IL 60602


City of St. George
Business License Renewal
175 East 200 North
Saint George, UT 84770


Clark County Treasurer
500 S. Grand Central Parkway 2nd Fl
PO Box 551401
Las Vegas, NV 89155


Classic Business Concepts, LLC
15 Skyline Circle
Sedona, AZ 86351

Coast Pet Distributors
c/o Lindsay Geller
6351 Yarrow Drive, Suite G
Carlsbad, CA 92011


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Compromise Technologies
c/o Kirsten Boehm
P.O. Box 425
Navesink, NJ 07752


Corporate Events New England
27 Otis Street
Suite 200
Westborough, MA 01581


CSI Worldwide
40 Regency Plaza
Glen Mills, PA 19342


Czarnowski Exhibit Service
6067 Eagle Way
Chicago, IL 60678


Desert Green Landscape
4205 Tompkins Ave
Las Vegas, NV 89142


DEX
PO Box 9001401
Louisville, KY 40290


DHM Ingredients, Inc.
c/o Christopher Long
1228 American Way
Libertyville, IL 60048


Diners Club
PO Box 6012
Carol Stream, IL 60197

Display Arts Worldwide
c/o Tracy Inglis
7934 Main Street
Minneapolis, MN 55432


DisplayCraft
3355 S. Washington Stree
Chicago, IL 60622


Dixie Power
71 E HWY 56
Beryl, UT 84714


Dixie Waste Services
PO Box 310278
Saint George, UT 84791


DMH Ingredients, Inc.
c/o Christopher Long
1228 American Way
Libertyville, IL 60048


Domestic Linen
4131 N Ravenswood
Chicago, IL 60613


Don Stryker
c/o Law Office of Ed Stone
29 S. LaSalle Street
Chicago, IL 60606


E&E Exhibit Solutions
c/o Natalie Schwarts
1365 W. Auto Drive
Tempe, AZ 85284


Ellars, Inc.
PO Box 44772
Hesperia, CA 92340


Employco USA, Inc.
350 E. Ogden Avenue
Westmont, IL 60559

Environmental Industries
PO Box 6562
Lutherville Timonium, MD 21094


ERC Plastic Scrap Recovery, LLC
33289 N. 1500 Avenue
Spring Valley, IL 61362


Erie Brush & Manufacturing
860 Fletcher Street
Chicago, IL 60657


Estate of Norman Glicksberg
c/o Edward H. Stone, R.A.
29 S. LaSalle Street, Suite 415
Chicago, IL 60603


Exhibit City News
1675 E. Desert Inn Road
Las Vegas, NV 89169


Exhibitors Carpet Service Co. West
c/o Norman Glicksberg Declaration
134 N. LaSalle Street, 9th Floor
Chicago, IL 60602


Exhibitors Carpet Service Company
West, Inc.
311 S. Division Street
Carson City, NV 89703


Exhibitors Carpet Service, Inc
c/o Edward H. Stone, R.A
29 S LaSalle, Suite 415
Chicago, IL 60603


Exhibitors Carpet Service, Inc
c/o Edward H. Stone, R.A.
29 S. LaSalle Street, Suite 415
Chicago, IL 60603


Extended Business Services
1240 Win Drive
Bethlehem, PA 18017

Facility Solutions Group
PO Box 952143
Dallas, TX 75395


Federal Express Corporation
PO Box 94515
Palatine, IL 60094


FedEx
P.O. Box 10360
Palatine, IL 60094-4515


First Midwest Bank
c/o Dave Clark, Vice President
One Pierce Plaza, Suite 1500
Itasca, IL 60143


Flavor Consultants, Inc.
c/o Meghan Bedor
2677 W. Cheyenne Ave
North Las Vegas, NV 89032


Flying Fisherman
c/o Linda Sheldon
P.O. Box 545
Islamorada, FL 33036


FreightQuote.com
16025 W. 113th Street
Lenexa, KS 66219


Future Media
PO 1207
Tinley Park, IL 60477


G-3 I&D, Inc.
803 Sapphire Drive
Bolingbrook, IL 60490


Galson Laboratories
c/o Garry Grammon
959 Majesty Circle
Sandy, UT 84094

```
Garmin USA
c/o David Knipp
1200 E. 151 Street
Olathe, KS 66062


General Motors, LLC
400 Renaissance Center
Suite 2500
Detroit, MI 48243


General Motors, LLC
c/o Kopka, Pinkus, & Dolin, P.C.
200 N. LaSalle St, Suite 2850
Chicago, IL 60601


GES
Bank of America
PO Box 96174
Chicago, IL 60693


Glicksberg Limited Partnership I
c/o Edward H. Stone
29 S. LaSalle Street, Suite 415
Chicago, IL 60602


Glicksberg Limited Partnership I
c/o Edward H. Stone, R.A.
29 S La Salle St, Suite 415
Chicago, IL 60603


Glicksberg Limited Partnership I
c/o Glicksberg Family Mgmt, Inc.
29 S. LaSalle Street, Suite 415
Chicago, IL 60603


Glicksberg Limited Partnership II
c/o Edward H. Stone
29 S. LaSalle Street, Suite 415
Chicago, IL 60602


Glicksberg Limited Partnership II
c/o Edward H. Stone, R.A.
29 S La Salle St, Suite 415
Chicago, IL 60603
```

GM Disbursement Services
2900 S. Diablo Way
Tempe, AZ 85282


Grainger
Dept 801711029
Palatine, IL 60038-0001


Homak MFG Co.
1605 Old Route 18
Suite 4-36
Wampum, PA 16157


Humana Dental Ins. Co.
PO Box 0884
Carol Stream, IL 60132


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62794-9035


Industrial Events
5908 Hampton Street
Pittsburgh, PA 15206


Industrial Timber & Lumber
c/o Brian Kuentz
23925 Commerce Park Road
Beachwood, OH 44122


Innovative Business Systems
8517 Excelsior Drive
Suite 102
Madison, WI 53717


Iowa Mold Tooling
500 HWY 18 West
Garner, IA 50438


IPS Balers MFG, Inc.
PO Box 370
Baxley, GA 31515

J & J Motor Service
2338 S. Indiana Ave
Chicago, IL 60616


J.J. Keller
PO Box 548
Neenah, WI 54957


Joan M. Bertucci
11732 Blackburn Drive
Orland Park, IL 60467


John Chruscinski
10824 S. Rutherford Ave
Worth, IL 60482


John J. Gilmore, Jr.
10363 S. Broadmoor Drive
Palos Hills, IL 60465


John R. Levey
1808 Valley Parkway East
Joliet, IL 60433


Jon-Don
37302 Eagle Way
Chicago, IL 60678


Jorge Sedin Perez Molina
11836 Chadron
Pacoima, CA 91331


Jose De Jesus Munoz
5054 Lavergne
Chicago, IL 60638


Kamman Machine
330 West State St.
Suite 220
Geneva, IL 60134


Kegel Company, Inc.
c/o Marcella Sowards
1951 Longleaf Blvd.
Lake Wales, FL 33859

Kerkore Company
c/o Jackie Sanders
2630 Sidney Lanier Drive
Brunswick, GA 31525


Kingsley
4300 28th Street North
Frankfort, KY 40602


Konica Minolta Business Solutions
21148 Network Place
Chicago, IL 60673


Konica Minolta Premier Finance
PO Box 740423
Atlanta, GA 30374


Konica Minolta USA Inc.
Dept CH 19188
Palatine, IL 60055


KRD
1101 Perimeter Drive
Suite 760
Schaumburg, IL 60173


KSI- Koehler Scale, Inc.
3475 Nemesis Ave
Waukegan, IL 60087


Lakeshore Audiovisual
3912 W. McClean Ave
BLDG D
Chicago, IL 60647


Law Office of Don Leibsker
c/o Donald Leibsker
29 S. LaSalle Street
Chicago, IL 60606


Law Office of Ed Stone
c/o Edward Stone
29 S. LaSalle Street
Chicago, IL 60603

Law Offices of Donald M. Leibsker
29 S. LaSalle Street, Suite 415
Chicago, IL 60603


Lee's Pottery Inc.
4750 Zifandel
Ontario, CA 91761


Legacy Brands, LLC
c/o Victor Vitale
66 Barrington Ave
Nashua, NH 03062


Lexmark Expo
285 Kraft Drive
Dalton, GA 30721


Lexmark-BB&T
3379 Peachtree Road NE
6th FL
Atlanta, GA 30326


Lexmark-CIT
201 S. Tryon St.
Charlotte, NC 28202


Lexmark-Wells Fargo
6100 Fairview Rd
Suite 565
Charlotte, NC 28210


Liberty Propane
P.O. Box 458
Lemont, IL 60439-0458


LVVWD
1001 S. Valley View Blvd.
Las Vegas, NV 89153


M W Supply Inc
100 Progress Street
Glen Rose, TX 76043

M.L. Sullivan Insurance Agency
PO Box 8152
Bartlett, IL 60103


M.L.D. Associates
PO Box 2046
York Beach, ME 03910


Macke Water Systems, Inc.
PO Box 545
Wheeling, IL 60090


Magnum Venus Plastech
11692 56th Court North
Clearwater, FL 33760


MailFinance
25881 Network Place
Chicago, IL 60673


Manufacturer's News, Inc.
1633 Central St
Evanston, IL 60201


Marion Glicksberg
1745 Lily Court
Highland Park, IL 60035


Mary K. Stroth
1014 Circle Avenue
Forest Park, IL 60130


Master Fishing Tackle Corporation
c/o Yvonne Flores
1009 E. Bedmar Street
Carson, CA 90746


Matrex Exhibits
301 Chruch Street
Addison, IL 60101


Merit Freight System
PO Box 91900
Elk Grove Village, IL 60009

Mohawk Carpet Corporation
PO Box 91157
Chicago, IL 60693


Morrison Security Corp
12334 S Keller
Alsip, IL 60803


MRC Packaging Solutions
PO Box 6096
Lake Villa, IL 60046


National Lighting & Maintenance
PO Box 255
Glyndon, MD 21071


National Tradeshow Supply Inc
PO Box 455
Tinley Park, IL 60477


NC Carpet Binding & Binding
858 Summer Avenue
Newark, NJ 07104


Neopost USA Inc.
478 Wheelers Farms Road
Milford, CT 06461


Neopost USA, Inc.
478 Wheelers Farms Road
Milford, CT 06461


NICOR - 5407
PO Box 5407
Carol Stream, IL 60197


Norandex Building Materials
300 Executive Parkway West
Hudson, OH 44236


Norandex Building Materials
Distribution Inc.
300 Executive Parkway West
Hudson, OH 44236

Norman Glicksberg Declaration Trust
c/o Martay & Martay
134 N. LaSalle Street, 9th Floor
Chicago, IL 60602


Northwest Hardwoods
c/o Stephanie Happer
10220 SW Greenburg Rd, Ste 570
Portland, OR 97223


Odyssey Services, Inc.
106 Apple Street
Suite 221
Tinton Falls, NJ 07724


Pacific Paper Tube
1025 98th Ave
Oakland, CA 94603


Panacea Photonics Corporation
c/o Michael Thomas
30030 Scenic Byway Road
Henderson, MN 56044


PFRS Patrick Center Corporation
c/o American Realty Advisors
801 North Brand Blvd, Suite 800
Glendale, CA 91203


Presstek
c/o Jonelle Rexenes
55 Executive Drive
Hudson, NH 03051


Prism Corporation
6957 West Archer Avenue
Chicago, IL 60638


ProShred Security
14029 S. Cicero Ave
Crestwood, IL 60445


Questar Gas
PO Box 45841
Salt Lake City, UT 84139

Quill Corporation
PO Box 37600
Philadelphia, PA 19101


R.J Riteway
3515 S. Ashland Avenue
Chicago, IL 60609


Reiser
c/o Maureen Hansen
725 Dedham Street
Canton, MA 02021


Republic Services #620
PO Box 78829
Phoenix, AZ 85062


RFMS
3073 Palisades Court
Tuscaloosa, AL 35405


Riccoh, USA, Inc.
Po Box 802815
Chicago, IL 60680


Ritz Safety
c/o Stein Johnsen
1065 American Pacific Dr., #140
Henderson, NV 89074


Robert E. Ryley
24808 Emerald Avenue
Plainfield, IL 60585


RREEF America REIT II
Corp VV
36J57002-Chicago Southwest 2
Addison, TX 75001


San Kay Inc
1803 Arapaho Trail
Mesquite, TX 75149

Sawstop, LLC
c/o Toby Pond
9564 SW Tualatin Road
Tualatin, OR 97062


Schwaab, Inc.
PO Box 3128
Milwaukee, WI 53201


Seaco Carpets
1628 Rio Vista Drive
Dalton, GA 30720


Sealand Mechanical
c/o Sherry Breaux
1747 Grand Calilou Road
Houma, LA 70363


Secretary of State
3701 Winchester Road
Springfield, IL 62707


Securetech Solutions
PO Box 1456
Deerfield, IL 60015


Select Staffing
Dept 4682
Carol Stream, IL 60122


Shaw Industries Inc.
12978 Collection Center Dr
Chicago, IL 60693


SHO-Link
28045 N. Ashley Circle
Unit 101
Libertyville, IL 60048


Sidney Rosenberg
600 Calais Circle
Highland Park, IL 60035

Skyline Orange County
c/o Bob Smithson
25151 Arctic Ocean Drive
Lake Forest, CA 92630


SNAG Proof
11387 Deerfield Road
Cincinnati, OH 45242


Snag Proof MFG., Inc.
c/o Harry Ehlers
11387 Deerfield Rd
Cincinnati, OH 45242


Source One
1030 SW 6th Street
Lincoln, NE 68522


Southern Nevada Fire Protection
3225 E. Post Road
Las Vegas, NV 89120


Southland Flooring Supplies
1450 N. Wooddale Road
Wood Dale, IL 60191


Sparks Exhibits
2828 Charter Road
Philadelphia, PA 19154


Specialty Coin Products
c/o Heidi Olsen
PO Box 824
Sandy, UT 84091


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


SS Board of Equalization
PO Box 942879
Sacramento, CA 94279

Stanadyne Corporation
92 Deerfield Road
Windsor, CT 06095


Starform Exhibition
c/o Justin Lee
5521 Ayon Ave
Irwindale, CA 91706


State of Florida
Dept. of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399


State of Nevada
Dept of Taxation
500 E. Third Street
Las Vegas, NV 89173


Strike King Lure
c/o Lee Parkinson
466 Washington Street
Collierville, TN 38017


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384


Tantara Transporation Group
46051 Michigan Ave
Canton, MI 48188


TBD Exhibits
c/o Terry Hart
184 Worchester Rd, PO Box 58
Princeton, MA 01541


Tennant
PO Box 71414
Chicago, IL 60694


Terry J. Bard
730 Harbour Drive
Naples, FL 34103

The Danielson Co.
c/o Theresa Gruber
4510 B. St. NW
Auburn, WA 98071


The Estate of Norman Glicksberg
c/o Edward H. Stone, R.A.
29 S. LaSalle Street, Suite 415
Chicago, IL 60603


Thomas J. Gilmore
7722 Baker Court
Darien, IL 60561


United Parcel Service
PO Box 577
Carol Stream, IL 60132


Up & Down
23551 Jamison Place
Aurora, CO 80018


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


UPS Freight Dallas
PO Box 730900
Dallas, TX 75373


Vac-U-Clamp
c/o Barney Rigney
4149 Avenida De La Plata
Oceanside, CA 92056


Vedalohd Sunglasses
9800 Shelard Pkwy
Suite 310
Minneapolis, MN 55441


Vicious Fishing
c/o Keith
2707 Horse Creek Blvd
Dora, AL 35062

Vincent J. Adamo
11345 Laura Lane
Frankfort, IL 60423


Vizcom
1021 Ottawa Avenue NW
Grand Rapids, MI 49503


Waste Management-Metro
P.O. Box 4648
Carol Stream, IL 60197-4648


Wavespin Reels
5910 Pine Hill Drive, Suite 8
Port Richey, FL 34668


Wheels In Motion
6250 Banning Creek Drive
Las Vegas, NV 89118


Wilson Tool
12912 Farmham Ave
White Bear Lake, MN 55110


Wisconsin Dept. of Revenue
P.O. Box 930208
Milwaukee, WI 53293-0931


Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197-6293


Yellow Pages
PO Box 53282
Jacksonville, FL 32203


Yellow Pages United
PO Box 53282
Atlanta, GA 30355


Yesco
PO Box 11676
Tacoma, WA 98411

# United States Bankruptcy Court
## Northern District of Illinois

In re   Exhibitors Carpet Service, LLC                                        Case No.

                                        Debtor(s)                             Chapter        11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Exhibitors Carpet Service, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 28, 2013                                       /s/ Barbara L. Yong

Date                                                Barbara L. Yong
                                                    Signature of Attorney or Litigant
                                                    Counsel for   Exhibitors Carpet Service, LLC
                                                    Golan & Christie LLP
                                                    70 W. Madison
                                                    Suite 1500
                                                    Chicago, IL 60602
                                                    (312) 263-2300 Fax:(312) 263-0939
                                                    rrbenjamin@golanchristie.com