IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | |
| EXHIBITORS CARPET SERVICE, LLC, | ) | Case No.  13 B 26550 |
| an Illinois Limited Liability Corporation, | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

**AMENDED FINAL REPORT OF EXHIBITORS CARPET SERVICE, LLC, AS DEBTOR-IN-POSSESSION**

To:    The Honorable Jacqueline P. Cox, United States Bankruptcy Judge

Exhibitors Carpet Service, LLC, an Illinois Limited Liability Corporation (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(A)(ii):

1. On June 28, 2013, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. From June 28, 2013 to November 7, 2013, the Debtor operated as a Debtor-In-Possession.  On November 7, 2013, the Court entered an order converting this case to a case under Chapter 7.  David R. Herzog has been appointed as the Chapter 7 Trustee (the "Chapter 7 Trustee") for the Debtor's estate.

3. A summary of the Debtor's Final Reports for the period from June 28, 2013 to September 30, 2013 is as follows:

| | |
|---|---|
| a)  GROSS RECEIPTS | $ 708,420.48 |
| b)  BEGINNING BANK BALANCE | $ 15,056.39 |
| c)  NET RECEIPTS | $ 20,933.73 |
| d)  DISBURSEMENTS | $ 687,486.75 |
| e)  NET CASH available for Chapter 7 Trustee | $ 8,339.59 |

4.      Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from June 28, 2013 to September 30, 2013.

5.      On December 4, 2013, the Debtor filed its Amended Statement of Outstanding Post-Petition Debts in accordance with Fed. R. Bankr. P. 1019(5)(A)(i), attached hereto as Exhibit B. The total unpaid debts are listed as $744,019.64 at this time.

Dated: December 4, 2013

                                            Respectfully Submitted,

                                            EXHIBITORS CARPET SERVICE, LLC,
                                            an Illinois Limited Liability Corporation,

                                            By:*/s/ Robert R. Benjamin*_____
                                            One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Barbara L. Yong (ARDC #6184000)
GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602
312-263-2300