**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| **EXHIBITORS CARPET SERVICE, LLC,** | ) | **Case No.  13 B 26550** |
| **an Illinois Limited Liability Corporation,** | ) | **Honorable Jacqueline P. Cox** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

<u>**NOTICE OF FILING**</u>

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on December 4, 2013, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **AMENDED FINAL REPORT OF EXHIBITORS CARPET SERVICE, LLC, AS DEBTOR-IN-POSSESSION**, a copy of which is attached hereto and thereby served upon you.

<u>GOLAN & CHRISTIE LLP</u>

<u>**Affidavit of Service**</u>

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Filing and Final Report of Exhibitors Carpet Service, LLC, as Debtor-In-Possession were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on December 4, 2013.

<u>/s/*Robert R. Benjamin*</u>
Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison St., Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via Facsimile:  312-886-5794

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL  60606
Via Facsimile: 312-368-8712

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
Via Facsimile: 312-368-8712

Bryce Loveland Boards of Trustees of the
Teamsters Local 631 Joint Trust Funds
c/o Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Via Email: bcloveland@bhfs.com

Barclays Card
PO Box 13337
Philadelphia, PA 19101
Via Facsimile: 866-823-8178

Cabot Acquisition, LLC
c/o Mulherin, Rehfeldt & Varchetto P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187
Via Email: wbrodzinski@leechtishman.com
Via Email: kcapadona@mrvlaw.com

Don Stryker
c/o Law Office of Ed Stone
29 S. LaSalle Street
Chicago, IL 60606
Via Facsimile: 312-332-0204

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604
Via Facsimile: 312-566-2826

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Facsimile: 312-353-2067

James D. Newbold and Faith A. Dolgin
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL  60601
Via Email: james.newbold@illinois.gov
Via Email: faith.dolgin@illinois.gov

State of Florida – Department of Revenue
Bankruptcy Section
c/o Frederick F. Rudzik
PO Box 6668
Tallahassee, FL 32314-6668
Via Email: TSP_Bankruptcy@dor.state.fl.us

C.H. Robinson
1840 N. Marcey St.
Chicago, IL 60614
Via Email: Chicago-central.ar@chrobinson.com

Czarnowski Exhibit Service
6067 Eagle Way
Chicago, IL 60678
Via Facsimile: 773-247-3790

Employco USA, Inc.
c/o Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Via Email: egeekie@freeborn.com
Via Email: ejanczak@freeborn.com

First Midwest Bank
c/o Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL 60611
Via Email: wserritella@agdglaw.com
Via Email: mmarzuki@agdglaw.com

General Motors, LLC
400 Renaissance Center
Suite 2500
Detroit, MI 48243
Via Facsimile: 248-696-7300

Law Offices of Donald M. Leibsker
Law Offices of Ed Stone
29 S. LaSalle Street
Suite 415
Chicago, IL 60603
Via Facsimile: 312-332-0204

Marion Glicksberg
1745 Lily Court
Highland Park, IL 60035
Via Facsimile: 312-372-4660

Ricoh, USA
c/o Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210
Via Email: Sonja.Hart@ricoh-usa.com

Sidney Rosenberg
600 Calais Circle
Highland Park, IL 60035
Via First Class Mail

Sparks Exhibits
2828 Charter Road
Philadelphia, PA 19154
Via Email: diannesudjian@sparksonline.com

G-3 I&D, Inc.
803 Sapphire Drive
Bolingbrook, IL 60490
Via Email: tgilm345@yahoo.com

Humana Dental Insurance Co.
PO Box 0884
Carol Stream, IL 60132
Via Facsimile: 866-584-9140

Reid, Pedersen, McCarthy & Ballew, LLP
c/o Russell J. Reid
100 West Harrison Street, North Tower, Ste 300
Seattle, Washington 98119
Via Email: rjr@rpmb.com

Norman Glicksberg Declaration Trust
c/o Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL 60602
Via Email: twolford@ngelaw.com

RREEF America REIT II Corp VV
c/o Mulherin, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
Via Facsimile: 630-653-9316

State of Nevada
c/o Nevada Attorney General's Office
555 East Washington Avenue, Ste. 1300
Las Vegas, NV 89101
Via Email: ahansen@ag.nv.gov

Thomas J. Gilmore
7722 Baker Court
Darien, IL 60561
Via Email: tgilm345@yahoo.com